## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Bryce L Spangler ©
(Name of plaintiff)

Vs.

Charlie Wend - chief
Todd Hienz - C/o
Brian Schraeder - SGt.
Juanita O'niel — SGt.
(Name of Defendants)

C12-1196 RAJ-JPD

No._____

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

____ FILED
____ LOGED
____ RECEIVED     **MAIL**

JUL 12 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

I.    **Previous Lawsuits:**

A.   Have you brought any other lawsuits in any federal court in the United States
     while a prisoner: ☐ Yes ☒ No

B.   If your answer to "A" is yes, how many? _____ Describe the
     lawsuit in the space below. (If there is more than one lawsuit, describe the
     additional lawsuits on another piece of paper using the same outline).

     _____

     _____

1.   Parties to this previous lawsuit:

     Plaintiff_____

     _____

     Defendants _____

     _____

     _____



01 FD – Western District 1983

**12-CV-01196-CMP**

2. Court (give name of District) _____

_____

3. Docket Number _____

4. Name of judge whom case was assigned _____

5. Disposition (For example, was the case dismisses as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)

_____

_____

6. Approximate date of filing lawsuit. _____

7. Approximate date of disposition. _____

**II.    Place of Present Confinement:** _Washington Corrections Center_

    A. Is there a prisoner grievance procedure available at this institution?
    ☒ Yes  ☐ No

    B. Have you filed any grievances concerning the facts relating to this complaint?
    ☒ Yes  ☒ No    If your answer is "NO", explain why not:

    _Am not suing Shelton w.c.c. I Exhausted grievance_
    _System at Skagit County Jail. Upon Transfer County Jail did not send my_
    _Legal work._

    C. Is the grievance process completed?  ☒ Yes  ☐ No

If your answer is YES, **attach a copy of the FINAL Grievance Resolution for Any grievance concerning facts relating to this case.**

**III.    Parties to this Complaint**

    A. Name of Plaintiff: _Bryce L Spangler ©_  Inmate No: _316927_
    Address: _WCC P.O. Box 900 Shelton WA 98584_

    (In item "B" below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item "C" for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

    B. Defendant _Charlie Wend_ : official position _Chief_

    Place of employment _Skagit Co. Jail_

01 FD – Western District 1983

C. Additional Defendants: (SGt. SCJ) Juanita O'niel ; (c/o SCJ) Tod Hienz ;
Brian Schraeder (SGt SCJ)

_____

_____

_____

_____

IV.   **Statement of Claim:** My suit is filed because of Violations To
my I amendment Rights my V Amendment, VI Amendment,
VIII Amendment, & XIV Amendment Rights by The Above Named
Parties on Numerous occasions at Skagit Co. Jail

V.   **Relief**

(State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statues.) I would like These unconstitutional methods to cease
And To be awarded monetary damages of 900,000 To be payed by said
defendents Chief Wend 225,000, Tod Hienz 225,000, 225,000 Juanita o'niel  225,000 Brian Schraeder.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _4th_ day of _July_____, 20_12_.

_____
(Signature of plaintiff)

01 FD – Western District 1983

11/11

VERIFIED Complaint for Damages
And Injunctive Relief
I. Introduction



FILED
LOGED
RECEIVED   MAIL   SG 1
JUL 12 2012
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

This is a § 1983 Action filed by Bryce L. Spangler a WA. ST.
Per
Prisoner Alleging Constitutional Violations By Skagit Co. Jail &

Seeking injunctive Relief & Money damages

(1st) My 1st Amendment Right was denied, my right To Acess & freedom
of The press. On or Around March 2012 I Kited The SGT. OF SKAGIT
Co. Jail if we Could have magazines SENT IN   I Recieved A kite
Back from A SGT. Whos name I Couldn't read Stated we don't Allow Books
OR MAGAZINES To be Sent To inmates in S.C.J. We've never ben allowed mags or books
& in The hole your not even allowed books in your Cell.

(2nd) My V & XIV Amendmend Rights To Due process & equal
protection of The Law were Completely Ignored on many occasions from
Jan 12 2012 To May 4, 2012. Also before That from Dec 2010 To June
2011. Ø

As A pro Se inmate in Skagit Co. Jail. I was Thrown in the
hole for exercising my Constitutional Right under Faretta to represent
myself in Charges Leveled against me. I Spent 5 Mos in the hole only
Allowed 1 hr out a day & Treated as if I were in The hole for
Punishment, untill I was Sentenced.

The Conditions at the Jail on mainline & The hole equaled punishment

PG 2

Due To These facts.

(1) in The hole We (The OTHER PRO SE INMATES & I) Were housed with Inmates who Were Sociopathic, Schitzofrenic, & crazy. ~~inmate~~ They Scream, yell, bang on Metal Toilets & doors flood The Tiers with unsanitary Toilet water & Throw out Sanitary Napkins on The Tier. I was told on many occasions I don't get to Choose who I Live with, when I Kited This issue. ON many occasions I've Seen gaurds Refuse to feed Mentally handicapped inmates. THIS Should Not be permitted they need care not Starved & laughed at. But I & others have lost Sleep days on end due To This issue. Jan. 12 - may 4 - 2012. IT drives you as crazy as Them The Constant Screaming & banging into The night making you unable To Sleep & want To be Violent & yell and bang also after a few nights.

(2nd) When being punished in April & May of 2012. I was Housed in grey 13 a Cell That is So disgusting & dehumanizing it is Not Right. The Room has a mat on The floor & a grated hole in the ground for a Restroom the walls & floor are usually Covered W/Blood, urine, biat & fecal matter. I was housed There for A Week, eating Sleeping & living in filth, with The Constant Noise of Booking driving one to the brink of your Sanity. I was placed There by The Chief & Sgt. O'niel. Whenever I would tell them my Conditions usually with increduaty "like do you realize what its like in here" They would tell me "yes, it is disgusting" "Dont get in Trouble"

I was also placed in Grey 9 in April of 2012 & for a month in may of 2011. This is a 5×9 Booking cell also w/no bed but a toilet & a Bench. IN Both of these cells you are not allowed Basic Hygene products soap, ToothBrush, ToothPaste & usually No socks or underwear. IT is also right By the Booking desk and The Constant lights made Sleep impossible & The cell is So Small & Sleeping

Pg 3

on The floor without being able To Clean or Sweep is disgusting
and debassing. I still have problems w/bright lights because of this
I get Anxious & Scared now because of This & have a unatural fear
of places as Small as Those Cells. Those cells made you want To
Kill yourself because of how horrible They were. This was The
Most Cruel punishment ive ben threw. The lights in There & The hole
Never Really turn off. I was placed in Those areas w/chief Wends permission by J. O'niel &
Brian Schraeder. In may I was Convicted So while I was There in may violated my VIII Amendment Rights.

(3) The Rampant overcrowding. I was housed in A-pod 2010-11 Dec-march
April-June & had To sleep on The floor on many occasions. Skagit Co. Jail Places
3 men to a 6x9 Because of This I fell & had a Concussion & had to be
Rushed To The hospital in febuary of 2011. The overcrowding leads
To many violent episodes in The Jail (Just look at how many Riot Charges &
infractions are given out) because Theres no Classification process everyones
Thrown together, Sociopaths, Murderers, Schytzophrenics & guys with parking
Tickets. I was also housed in B pod in Jun-Jul & Nov on The floor & w/many
unstable peo inmates. Even in the hole It is 2 to a Cell With one on
the floor. We are locked down 21 hours a day like This w/not even Room To exercise

I have Suffered Constant Back pain & migrains since my Trip over
my Celly while Trying To get on my bunk in 2011 when I was Concussed
& Cut open. I have also had a mental Change Since Spending Time in SCJ
& have To Take mood Stabelizers & Cant Sleep well. I can feel The change
in pschyci to my Core & its horrible.

(4) I was Continuosly denied acess To The Courts To litegate my case
Effectively or Challenge the Conditions of my Confinement. Skagit Co Jail Came

Pg 4

out w/a pro se Policy That did not allow us to write The Courts of Appeals, The federal Courts, Attorneys to ask help or advice, The Bar association or Commision of Judicial Conduct. We were So harried at everyturn not allowed to make copies or write witnesses or call people of interest not allowed To fight our cases I gave up & Took 5 years for some things im not guilty of.

I was allowed To see The legal books (Sporadicly about once a week, Then They changed it To where (in April-may) I could only see the legal books when officers felt like it. They would put me in ankle & waist Chains Hand Cuff me bring me to a little Room up front where I was let to read Books & work Cuffed, Now I don't know about you but That was a pretty hard Task for me it was hard to Read, write, & breathe in there & study Sporadicly. At this time I was a Pro se Pre Trial Detainee without a highschool diploma or Law school Training fighting 12 Charges & Not being allowed The Necessary Tools To have a meaningfull or Adequete acess To the Courts, or to defend ~~myself~~ Myself against Charges I was inocent of.

They denied my Right To Acess of The Courts found in; Privledges & immunities Clause of Article IV of The US. Constitution   The V & XIV Amendments Equal protection & Due process. This was done by Chief wend & The Sgts. They had full Knowledge of everything They had done & T. Hienz on Numerous Occassions happily carried out There orders & knew everything that was goin on.

Im Requesting a injunction against The Jail To stop overcrowding start Classifying inmates. And for the love of god help some of the mentaly handicapped. And monetary damages 225,000 from each defendent.

PG5

The Aforementioned is all True Thus I Swear To God and against my hope for an everlasting life.

July 5 2012          Fiat Justitia Ruat Coelum!

Bryce L Spangler ®

Washington Corrections Center
P.O. Box 900
Shelton WA. 98584

# United States District Court
# Western District of Washington

Bryce L Spangler ©

v.

**SUMMONS IN A CIVIL CASE**

**CASE NUMBER:** _____

Charlie   Juanita   Todd   Brianki
**TO:** Wend, O'niel, Hienz, Schraeder
(Name of Defendant(s))

1000 S 3rd St   Skagit Co. Jail
(Address of Defendant(s))

Mt Vernon   WA   98273
(City)        (State)        (Zip)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF/
PLAINTIFF'S ATTORNEY (name and address)

Bryce L Spangler ©   Po Box 900 Shelton WA 98584
Washington Corrections center

An answer to the complaint which is herewith served upon you, within ___90___ days
after service of this summons upon you, exclusive of the day of service. If you fail to do
so, judgement by default will be taken against you for relief demanded in the complaint.
You must also file your answer to the clerk of this court within a reasonable period of
time after service.

Clerk _____        Date _____

(By) Deputy Clerk _____

01 FD – Western District 1983

## RETURN OF SERVICE

I made Service of the Summons and Complaint        Date _July 6 2012_

_Bryce A Spangler ©_                                _____
Name of server (*print*)                            Title

**Check one box below to indicate appropriate method of service**

☐   Served personally upon the defendant.  Place where served: _____

    _____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with
    a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

    _____

☐   Return Unexecuted: _____

    _____

    _____

☒   Other (*specify*): _United States Postal Service_

    _____

    _____

## STATEMENT OF SERVICE FEES

_____        _____        _____
(Travel)                      (Services)                    (Total)

## DECLARATION OF SERVER

I Declare under penalty of perjury under the laws of the United States of America that the
foregoing information contained in the Return of Service and Statement of Service Fees
is true and correct.

Executed on __to July 7 2012__              _Bryce A Spangler ©_
             (Date)                          (Signature of Server)

                                    _WCC Po Box 900 Shelton WA 98584_
                                         (Address of Server)

01 FD – Western District 1983                                          8/11