THE UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRYCE L. SPANGLER,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLIE WEND, et al.,<br><br>Defendants. | NO.  12-cv-1196-RAJ-JPD<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS<br><br>NOTE ON MOTION CALENDAR: **9/21/12** |

This matter came before the Court on defendants' motion under FRCP 12 for an order dismissing plaintiff Bryce Spangler's complaint. The Court having considered the plaintiff's complaint and the briefs filed herein finds that there is no genuine issue as to any material fact regarding the claims stated against defendants and defendants are entitled to a dismissal of all claims against them as a matter of law.

Now, therefore,

[Proposed] Order: C12-1196-RAJ-JPD            1

1  Now, therefore,

2  IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is hereby GRANTED,
3  and that all claims stated against the defendants in plaintiff's Complaint on file herein are
4  hereby DISMISSED.

5  DONE IN OPEN COURT this _____ day of _____, 2012.

6
7
8  _____
   Judge
9

10 Presented by:

11 SKAGIT COUNTY PROSECUTING ATTORNEY

12
13 /s/ A. O. Denny
   _____
14 A. O. Denny, WSBA 14021
   Attorney for Defendants
15 605 S. 3rd St.
   Mount Vernon, WA 98273
16 (360) 336-9460 Fax: (360) 336-9497
   E-mail: arned@co.skagit.wa.us
17

[Proposed] Order: C12-1196-RAJ-JPD          2