UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRYCE L. SPANGLER, | ) |
| Plaintiff, | ) Case No. C12-1196-RAJ-JPD |
| v. | ) |
| CHARLIE WEND, *et al.*, | ) ORDER RE: DEFENDANTS' |
| | ) HECK-BASED MOTION TO |
| | ) DISMISS AND OTHER |
| Defendants. | ) MOTIONS |

The Court, having reviewed plaintiff's civil-rights complaint (Dkt. 8), the papers filed in support of and in opposition to five pending motions (Dkts. 15, 29, 33, 37, 38), the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law, and the balance of the record, does hereby find and **ORDER**:

(1) The Report and Recommendation is **ADOPTED**;

(2) Defendants' motion to dismiss on the basis of *Heck v. Humphrey*, 512 U.S. 477 (1994) (**Dkt. 15**), is **GRANTED IN-PART** and **DENIED IN-PART** such that plaintiff's access-to-the-courts claim is dismissed without prejudice and the other claims remain in this suit;

(3) Defendants' motion to stay discovery pending resolution of an impending motion to dismiss on the basis of qualified immunity (**Dkt. 29**) is **GRANTED**;

(4) Plaintiff's motion to compel discovery (**Dkt. 38**) is **DENIED** as moot;

ORDER RE: DEFENDANTS' HECK-BASED
MOTION TO DISMISS AND OTHER MOTIONS - 1

(5) Plaintiff's motion to amend the complaint (**Dkt. 33**) is **GRANTED**;

(6) Plaintiff's motion for a preliminary injunction (**Dkt. 37**) is **DENIED**; and

(7) The Clerk of Court is directed to send copies of this Order to plaintiff and to Magistrate Judge James P. Donohue.

DATED this 4th day of March, 2013.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER RE: DEFENDANTS' HECK-BASED
MOTION TO DISMISS AND OTHER MOTIONS - 2