THE UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRYCE L. SPANGLER,

       Plaintiff,

    vs.

CHARLIE WEND, et. al.,

       Defendants.

NO.  C12-1196-RAJ-JPD

DECLARATION OF RON COAKLEY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

RON COAKLEY declares:

    I am over the age of 18 years and competent to testify regarding the matters asserted herein. I work for the Skagit County Sheriff as a sergeant at the Skagit County Jail. I have worked at the Skagit County Jail as a corrections officer for 24 years. Before that, I was a military policeman for six years and a police officer in Wyoming for two years. I have completed Washington's Basic Corrections Officer course and have completed more than a thousand hours of additional corrections officer training including  supervisory and management training. My training has included courses and training sessions on identifying and preventing suicide risks among inmates.  One of my duties involves courtroom security and the transport of inmates to and from court. This allows for contact with most pretrial inmates on a frequent basis.  I am familiar with jail procedures, the physical layout of the jail and with the computer programs and forms used to maintain inmate records.

Declaration of Coakley:
C12-1196-RAJ-JPD

1

PROSECUTING ATTORNEY
OF SKAGIT COUNTY
605 South Third Street
Mt. Vernon, Washington 98273
360-336-9460



1
2       I make the following declaration based upon my personal knowledge and the Jail Log,
Doc. 20-1, which I routinely review nearly every workday to apprise myself of conditions and
3   events in the jail:
4       The Jail Log is an electronic data base that jail deputies and sergeants, jail staff, can use
5   to enter information about events in the jail. Most commonly this is used to report violations of
6   jail rules, discipline, and unusual events. It is also used to record housing and admissions and
7   releases from jail custody. Doc. 20-1 is the Jail Log for Inmate Spangler's stay in the county
8   jail.
9       Other records are used to report routine observations and events associated with the use
10  of the gray cells, which are single use cells located in the booking area that are used for
11  emergency detentions, safety reasons, temporary holding cells for new arrivals awaiting
12  booking, and suicidal inmates. A Skagit County Jail Separation Log is used to record
13  handwritten notes about medical, meals, and movement to and from the gray cell. In addition
14  to the Jail Separation Log, limited information regarding use of the gray cells may be entered
15  into a separate database. Primarily, this database is used to record observations of an inmate
16  being held in a gray cell during the course of the day. This database also allows for entry of
17  events such movement to the shower, bathroom, court, etc.; however, because different persons
18  may use one method to record information and not the other, both the electronic and written
19  records need to be reviewed to get a complete picture of an inmate's stay in a gray cell.
20      The jail classifies inmates at booking to avoid housing antagonistic inmates together
21  and to protect those who may become victims in general population. The classification system
22  is not as refined as is available in the state's prison system, but it allows jail staff to ensure that
23  rival gang members are not housed together, that child sex offenders who would be susceptible
24  to abuse are not housed in general population, and to identify inmates suffering from mental
25  issues or who would present a danger to others so that they can be housed in Isolation or C-
26

Declaration of Coakley:          2
C12-1196-RAJ-JPD

pod. Also, if an inmate who is initially housed in general population proves to be a threat to other inmates, he can be housed in C-pod until the risk is reduced.

The jail does not, for example, routinely house convicted murderers. Inmates who are sentenced to more than a year in jail are sent to prison. However, classification does not mean that a person charged with a non-violent crime such as driving while under the influence will never be housed with a person charged with murder or assault. However, the classification effort has generally been successful at avoiding inmate disturbances. Also, the security and control in C-pod serves to keep violent inmates from having physical contact with inmates who may become victims.

As a general rule, inmates facing long term prison time upon conviction attempt to work within the system to stay out of trouble and avoid conviction. However, inmates charged with violent crimes are evaluated to determine whether they present a danger to others. If the inmate does, he is generally housed in C-pod.

In example, T. I., an inmate during Inmate Spangler's stay in the jail, was charged with aggravated murder and, if convicted, faced life imprisonment. T.I. was housed in C-pod because he expressed the thought that he would injure someone, but while in C-pod, he spent his time working on his pro se defense and did not cause a significant problem for jail staff or other inmates.

Obviously, not every inmate follows jail rules. When an inmate violates a jail rule, discipline is imposed progressively, which discipline may be grieved. Minor violations are generally handled with a lockdown to the inmate's cell for a few hours. If violations persist, an inmate may be locked down for a longer time or a loss of privileges such as commissary may be imposed. If such lockdowns fail to stop the violations or if the inmate commits a major violation, such as rioting, fighting, etc. disciplinary segregation may be imposed. Disciplinary segregation is generally imposed by moving the inmate from general population to C-pod.

Declaration of Coakley:  
C12-1196-RAJ-JPD

3

1        C-pod consists of ten cells, five on each of two levels, with a shower on each level.

2   Unlike the cell doors in the other men's pods, A, B, D, and E, the doors for the C-pod cells are

3   individually controlled by a deputy. This allows for the security needed to separate persons

4   who would be a danger to others and to segregate inmates sanctioned to disciplinary

5   segregation.

6        C-pod's security features also provide for the only area in the jail, other than isolation,

7   where jail staff can control access to the materials that are allowed for the use of pro se

8   inmates, such as pens, carbon paper, metal fittings, and hardbound books.

9        This level of security comes at a cost. Inmates are allowed out of their cells once a day

10   for an hour at a time. However, the hours are adjusted to accommodate the needs of pro se

11   mates to conduct their telephone calls and legal interviews during normal working hours

12   whenever possible.

13        C-pod's open areas are cleaned daily by trustees selected from C-pod inmates. The

14   inmates in C-pod are allowed to use the cleaning materials and supplies to keep their cells

15   clean.

16        Because of the security and nature of inmates being housed there, C-pod is the least

17   densely populated pod in the jail. Generally, it is also one of the quieter areas in the jail.

18        The amount of noise in other areas of the jail varies with each pod. A, B, and E-pods are

19   used to house inmates who will fit into general population. They have televisions and generally

20   half of the inmate population is allowed out of their cells at one time. This sometimes leads to

21   confrontations and loud discussions. A, B, and E-pods are the noisiest pods.

22        Inmates who would be susceptible to assault because of the nature of their crimes, child

23   sexual assaults for example, are housed in D-pod. Although inmates in D-pod have a television,

24   the inmates in D-pod generally have similar issues and concerns. This tends to reduce

25   confrontations and disputes between inmates, again, making D-pod one of the quieter pods.

26

Declaration of Coakley:              4
C12-1196-RAJ-JPD

In C-pod, the lack of televisions and the fact that inmates are allowed out singly, by cell, normally eliminates the noise associated by inmate confrontations. However, C-pod is also used to house inmates with mental issues when they do not present a danger to themselves. Occasionally, these inmates will yell or scream. I am aware that during 2012, one inmate exhibited mental issues that caused him to yell for short periods of time. It has been my experience that such yelling stops on its own or with corrections deputy intervention and seldom lasts more than an hour. I'm not aware that any inmate ever presented a day long or repeated and unrelenting disturbances. If that were to happen, the inmate would have been moved to Isolation or Medical.

Inmates in C-pod may, but do not have to, yell to be heard by an inmate in a neighboring cell.

A, B, C, D and E pods pods are used to house male inmates. Sanitary napkins are not available through the jail commissary. No male inmate should ever have a sanitary napkin. They are only given to female inmates on an as-needed basis. Female inmates do not have access to the male pods or male inmates.

Generally, inmates transferred to C-pod to serve time on disciplinary segregation make an effort to get off disciplinary segregation, avoid any or a further loss of good time, and get back to general population where they have more privileges.

Inmate Spangler was an exception to this general rule. One, he frequently requested to be housed in C-pod where he had fewer privileges – no television and less time out of his cell – even when not on disciplinary segregation. Two, while in C-pod, he engaged in riot – collective flooding of the cells and pods – and threatened and assaulted corrections deputies. Inmate Spangler, who was short and slightly built, may have preferred to be housed in C-pod because it is a small pond, which provided him with the opportunity to take advantage of other inmates and instigate others to violate jail rules while avoiding inmate fights he could not win.

Declaration of Coakley:                                     5
C12-1196-RAJ-JPD                                                        PROSECUTING ATTORNEY
                                                                                    OF SKAGIT COUNTY
                                                                                    605 South Third Street
                                                                                    Mt. Vernon, Washington 98273
                                                                                    360-336-9460

1        Despite the security measures in C-pod, Inmate Spangler frequently found ways to

2   fabricate weapons, threaten corrections deputies, harass other inmates, and assault jail staff.

3   Because of his behavior, Inmate Spangler was usually housed alone.

4        Another effect of Inmate Spangler's behavior was that, under the jail's progressive

5   discipline policy, he frequently served consecutive terms of disciplinary segregation. This was

6   a result of the major violations Inmate Spangler continued to commit while on disciplinary

7   segregation. Although disciplinary segregation could not exceed thirty days without approval

8   from the jail chief, Inmate Spangler's habit of violating jail rules while on disciplinary

9   segregation resulted in lengthy periods spend in C-pod.

10        The following summarizes Inmate Spangler's housing as reported in the Jail Log:

11        December 21, 2010 to January 22, 2011, (32 days) in general population.

12        January 22 to February 4, 2011, (13 days) in C-pod.

13        February 5 to 26, 2011, (21 days) in general population.

14        February 26 to March 25, 2011, (27 days) in C-pod or Isolation.

15        March 25 to April 8, 2011, (14 days) at Pioneer Center North (inpatient drug

16   treatment).

17        April 8 to May 3, 2011, (25 days) escape status.

18        May 3, 2011, returned to jail following arrest on bench warrant.

19        May 3 to May 11, 2011, (8 days) general population.

20        May 11 to June 14, 2011, (30 days) in C-pod, Isolation, Gray 9 (17 days).

21        June 14, 2011, released on personal recognizance.

22        July 23, 2011, returned to jail following arrest on bench warrant).

23        July 23 to August 3, 2011, (31 days) general population.

24        August 3 to September 1, 2011, (29 days) C-pod.

25        September 1, 2011, released on personal recognizance.

26

Declaration of Coakley:                        6
C12-1196-RAJ-JPD

November 5, 2011, returned to jail following arrest on bench warrant).

November 5 to 18, 2011, (13 days) C-pod :

    November 5, requested housing in C-pod.

    November 10, granted pro se status by court.

November 18, 2011, released on personal recognizance.

January 10, 2012, returned to jail following arrest on bench warrant.

January 10 to 12, 2012, (2 days) general population.

January 12 to February 22, 2012, (41 days) C-pod: pro se status.

February 23 to March 28, 2012 (33 days) C-pod: disciplinary segregation

    February 28: approximately five hours in Gray 13 to calm down following

    assault.

March 28 to March 30, 2012 (2 days) C-pod: pro se status.

March 30 to April 2: Gray 13 for suicide watch.

April 2 to release: C-pod: disciplinary segregation.

    April 18 to 20: Gray 11 and 9 following discovery of weapons in cell.

    May 2 to 4: Gray 13 for discipline and suicide watch.

Between February 23, 2012 and May 4, 2012, when Inmate Spangler was sentenced and transferred to the custody of the state Department of Corrections, Inmate Spangler was disciplined nine times, resulting in nearly continuous placement on disciplinary segregation, including one sanction of fifteen days and two sanctions of thirty days to disciplinary segregation.

    Few inmates have been involved in the number of violations or have accumulated the amount of disciplinary sanctions that Inmate Spangler did during his stay at the jail. Fewer still failed to learn from the discipline imposed and moved on to increasingly violent actions as Inmate Spangler did.

PROSECUTING ATTORNEY
OF SKAGIT COUNTY
605 South Third Street
Mt. Vernon, Washington 98273
360-336-9460

On April 21, 2012, Inmate Spangler submitted a kite, a form used by the jail for inmates to pose questions, file grievances, etc., with a question about the jail's policy for the receipt of books and publications from outside sources. At the time, Inmate Spangler was on disciplinary segregation and would not have been able to receive any outside books. Inmates serving time on disciplinary segregation are only allowed a bible. Thus, Sgt. Randall, whose handwriting appears on the kite that Inmate Spangler used for his request, correctly responded to Inmate Spangler that any books he received would be placed with his property.

Sgt. Randall's response did not affect Inmate Spangler's access to legal materials because he was also on pro se status at that time. Further, the jail never received any books or magazines addressed to Inmate Spangler and, as a consequence, none were refused or placed in his property.

Combination sink/toilets are provided in all of the cells except Gray 13. These are jail-standard toilets and it is very rare that they overflow because of poor maintenance or uncleanliness. They almost always overflow because inmates fail to report failures or because inmates purposefully plug the toilets. In both situations, an inmate would have to intentionally and repeatedly flush the toilet to flood a cell or pod. To do this, inmates use the plugged toilets because the flow from a toilet is significantly greater than the flow that can be obtained from the faucets.

I am not aware that Spangler ever complained about a toilet failure.

Inmate Spangler is the type of inmate who will test jail authority to determine what he could get away with. The discipline available to jail staff, basically disciplinary segregation, did not dissuade Inmate Spangler, partly because while he was on pro se status, he was given privileges that most inmates who had never committed a violation of jail rules or procedures would not have received. This negated the effect of the disciplinary segregation that jail staff could impose. Further, Inmate Spangler is of small stature and once claimed he was thinking of

Declaration of Coakley:                                       8
C12-1196-RAJ-JPD

suicide in an effort to be moved from general population. Thus, it appears that he preferred being housed in C-pod where he could challenge authority knowing that the discipline would not harm him and other inmates would not assault him.

While Inmate Spangler appears to have tolerated life in the county jail fairly well, he expressed great concern about being sent to prison. In 2012, he expressed concern about facing twelve years in prison. He tried to get the court to let him out on personal recognizance and to get the prosecutor to approve a deal that would let him work for the drug task force. However, these requests were denied because of his failures to appear; his escape from Pioneer Center North, a secure drug treatment facility; and his apparent usage of drugs while on release from pretrial custody. As a result, his conduct became increasingly violent the closer he got to being convicted and sentenced.

For a long time, C-pod was Inmate Spangler's briar patch. Because he was a pro se inmate, he enjoyed privileges that inmates who had never violated a jail rule or policy did not have even though he was frequently on disciplinary segregation for major rule violations. This ended after a jail-made shank was found in the mattress in his cell. The discovery of a weapon coupled with Inmate Spangler's history of threats and assaults on jail staff necessitated a change that supported the discipline and still allowed Inmate Spangler time to work on his defense.

To reduce the threat to jail staff, Inmate Spangler's pro se materials and law library resources were secured outside of his cell. Inmate Spangler was only allowed to access to them after being escorted to an interview room in the booking area. The escort involved a strip search before Inmate Spangler's return to his cell and his legal materials were made subject to random searches for weapons and contraband in Inmate Spangler's presence.

Inmate Spangler's grievance on these new restrictions was denied on grounds that the restrictions were necessary to maintain a secure and humane environment.

Declaration of Coakley:                                     9
C12-1196-RAJ-JPD

1   Inmate Spangler expressed that he was stressed and depressed by the prospect of

2   conviction. Due to his history of violence, a suicide attempt and claim, and the court's refusal

3   to grant Inmate Spangler a furlough, Inmate Spangler's plea to six felonies and one gross

4   misdemeanor on April 26, 2012, brought an abrupt end to Inmate Spangler's fun. From that

5   point, he faced an imminent prison sentence, removal from his family, and placement in a new

6   environment that he would be less likely to exert some control over. The stress erupted on May

7   2, 2012, after Inmate Spangler refused the search of his cell and escort and punched one deputy

8   after threatening to hit the first deputy entering his cell.

9   Staff determined that Inmate Spangler presented a risk of harm to himself and others

10  and  moved him to Gray 13 where he could be safe and carefully observed.

11  Statistically, jail populations are at higher risk of suicide. The change in status, a lack of

12  freedom, heightened awareness of remorse, the influence of drugs, and the threat of prison are

13  some of the factors that make the risk greater. Jail staff never want to lose an inmate to suicide

14  and, as a result, have to be constantly aware of the risk or failing to protect inmates charged to

15  our care. Adding to staff concerns is the threat of litigation with the very uncomfortable

16  scrutiny that entails. I encourage staff to err on the side of caution whenever an inmate presents

17  a risk of suicide.

18  It is my belief that Inmate Spangler did present a risk of self harm as he neared

19  sentencing. This warranted housing in Gray 13, which lacks items that an inmate may use to

20  harm himself and is readily accessible by jail staff to provide the necessary observations.

21  In addition to A, B, C, D, and E pods, the jail maintains cells in an isolation area,

22  medical, and in the booking area. The three cells in the booking area are known as "gray" cells

23  because of the color of the door control buttons on the original main control board. For

24  example, the buttons for the booking area cells were gray, the buttons for the medical area

25  doors were red, and the buttons for the kitchen area doors were yellow. The gray cells are used

26

for the temporary detention of incoming prisoners, suicidal inmates, and inmates who present a significant danger to themselves and others that cannot be addressed in C-pod or Isolation.

The booking area is staffed around the clock and is the home station for the corrections deputies who are assigned to rover duty.  This allows for frequent surveillance of inmates housed in the gray cells and for a ready response should there be a need to assist an inmate.

The Booking area can be quite busy at times, but it is generally no nosier than a normal office. Unlike the pods, there is no television noise or opportunity for inmate confrontations and arguments. If there is any yelling, it is short-lived primarily because of the constant presence of jail staff. After about 6 p.m. the activity in the booking area subsides. Fewer inmates are being booked and the activity required to prepare inmates for transportation to court is over. At night, the booking area is generally very quiet.

The gray cells, which are an integral part of the booking area and not open to the weather, are kept at the same room temperature as the Booking Area. Normal office attire is worn by staff. Coats, gloves, scarves, etc. are not needed.

Jail staff are required to inspect the Gray cells for sanitation before use. The interiors of the gray cells are painted in gloss paint with off-white walls, a color that readily shows blood, bile, vomit, feces, etc. and facilitates cleaning and inspection. The cell doors are heavy metal with a small window with a solid wood shutter, which blocks light and muffles noises from the booking area. The shutter is kept closed unless a deputy needs to view an inmate.

Inmate trustees generally take care of cleaning duties. Jail policy bars housing inmates in an unsanitary cell. I have observed the gray cells during jail inspections and have never seen any being maintained or used in an unsanitary condition. I am not aware that any inmate has ever suffered injury or sickness because he or she was held in a gray cell.

Gray 9 and 11 are 6' 5" x 9' 6", one person cells with a combination toilet/sink and a 5' 7" x 20" bench that can be used as a bunk. Gray 13 is a 7' 6" by 9' 6" one-person cell, without

PROSECUTING ATTORNEY
OF SKAGIT COUNTY
605 South Third Street
Mt. Vernon, Washington 98273
360-336-9460

a bench or toilet. Gray 13 is primarily used for temporary emergency detentions and to house persons on suicide watch. The toilet in Gray 13 is a grated hole in the floor, which is flushed from outside the cell upon the inmate's request. Hygiene items are not usually allowed in Gray 13, but are often provided when a suicidal inmate is escorted to the washroom or shower.

Each gray cell is lit by two 32 watt soft white florescent lights from 6 a.m. to 9:30 p.m. A single 15 watt "black" light is used to illuminate each cell through the night. The two white lights provide enough light to read and the black light provides the minimum amount of light needed for allow jail staff to look into the cell and see how and what an inmate is doing without disturbing the inmate.

Unless contraindicated by safety issues, inmates in the gray cells are given a clean mattress and bedding. Garbage is collected from inmates being housed in a gray cell as needed and the cells are cleaned by trustees – or jail staff – when necessary, including after an inmate has been housed in a gray cell for anything other than a transient stay, such as a temporary hold while awaiting booking. The cells are kept at normal room temperature and are not subject to crowding, infestations or drafts. The adjacent booking area, where staff wear their usual uniforms, without the need for coats and gloves, is staffed around the clock, but the noise present in the area is similar to that of an office. During the night shift, it is relatively quiet.

Given the frequency of observations, jail staff are able to address immediate needs of inmates being held in the gray cells. Thus, inmates are allowed out for showers, legal visits, etc. and, if a cell becomes contaminated, staff can deal with it promptly.

The following documents are true and accurate copies of records from files maintained by the Skagit County Sheriff's Office:

Exhibit 1.    Sick Call Request dated January 22, 2011.

Exhibit 2.    Sick Call Request dated February 1, 2011.

Exhibit 3.    Sick Call Request dated March 3, 2011.

PROSECUTING ATTORNEY
OF SKAGIT COUNTY
605 South Third Street
Mt. Vernon, Washington 98273
360-336-9460

Exhibit 4.    Sick Call Request dated January 18, 2012.

Exhibit 5.    Skagit County Jail Multi-Purpose Request Form dated April 3, 2012.

Exhibit 6.    Sick Call Request dated November 5, 2011.

Exhibit 7.    Skagit County Jail Multi-Purpose Request Form dated January 13, 2012.

Exhibit 8.    Skagit County Jail Multi-Purpose Request Form dated February 14, 2012.

Exhibit 9.    Sick Call Request dated November 7, 2011.

Exhibit 10.   Medical note dated April 5, 2012.

Exhibit 11.   Statement, undated.

Exhibit 12.   Skagit County Jail Multi-Purpose Request Form dated April 2, 2012.

Exhibit 13.   Skagit County Jail Multi-Purpose Request Form dated April 7, 2012.

Exhibit 14.   Skagit County Jail Multi-Purpose Request Form dated February 2, 2012.

Exhibit 15.   Skagit County Jail Multi-Purpose Request Form dated January 27, 2012.

Exhibit 16.   Tour Report for Gray 13, March 29 to 31, 2012.

Exhibit 17.   Skagit County Jail Separation Log for Gray 13, March 29 to 31, 2012.

Exhibit 18.   Skagit County Jail Separation Log for Gray 11, April 19 to 20, 2012.

Exhibit 19.   Skagit County Jail Multi-Purpose Request Form dated April 19, 2012.

Exhibit 20.   Skagit County Jail Multi-Purpose Request Form dated April 17, 2012.

Exhibit 21.   Skagit County Jail Multi-Purpose Request Form dated February 17, 2012.

Exhibit 22.   Skagit County Jail Multi-Purpose Request Form dated February 22, 2012.

Exhibit 23.   Tour Report for Gray 13, May 2 to 4, 2012.

Exhibit 24.   Skagit County Jail Separation Log for Gray 13, May 2 to 4, 2012.

Exhibit 25.   Skagit County Jail Multi-Purpose Request Form dated April 21, 2012.

Declaration of Coakley:
C12-1196-RAJ-JPD

13

PROSECUTING ATTORNEY
OF SKAGIT COUNTY
605 South Third Street
Mt. Vernon, Washington 98273
360-336-9460

Exhibit 26.   Disciplinary action dated March 24, 2012.

Exhibit 27.   Disciplinary action dated April 19, 2012.

Exhibit 28.   Grievance Decision dated May 3, 2012.

Exhibit 29.   Skagit County Jail Multi-Purpose Request Form dated April 30, 2012.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Dated this 30ᵗʰ day of April_____, 2013 at Mount Vernon, Washington.

RON COAKLEY

PROSECUTING ATTORNEY
OF SKAGIT COUNTY
605 South Third Street
Mt. Vernon, Washington 98273
360-336-9460

Name _Dale_ _Spangler_____   D.O.B. _12/21/1983_

Name Number: _220104_____

Date _1/25/11_____   Module & Room# _C-6_____

## PROBLEM

I have a history of migraines. I was treated in prison for them. The IB pack doesn't work neither does the Cafergot pills. I need Street drugs to help with it. Could I please be seen & discuss options w/ you guys.

Emergency care can be requested at any time by contacting a deputy. Non-emergency care is provided three times a week by a physician or a physicians assistant. There will be a minimum charge of **($5.00) five dollars** for the use of the jail medical services. Prescriptions and out side referrals will be charged at the rate from the outside providers.

I understand that I am responsible for the costs of my medical care while a prisoner of the Skagit County Jail. Necessary medical care, however, will not be denied to any prisoner due to inability to pay.

I have read and understand the above and hereby authorize the Skagit County Jail to provide copies or summaries of my facility medical records to attending medical staff and/or other institutions if transferred. I also authorize the Skagit County Jail to deduct the necessary funds from my account for my medical care.

Prisoner's Signature _Bruce Spangler_____

## DO NOT WRITE BELOW THIS LINE

DISPOSITION

/___/  Seen in clinic, see SOAP notes.

/___/  Not seen, orders/comments: _____

May use Tylenol and/or Ibuprofen.

Headaches are often a manifestation of subacute drug withdrawal. No controlled drugs.

_1/26/11_   _____   1/26/11
Date          Medical Staff  Signature   √Copy
                                          1/111
                                          AU

Exhibit 1

Name _Bryce L Spangler_                                    D.O.B. _12/07/1980_

Name Number: _221164_

Date _2/1/11_          Module & Room# _A-10_

### PROBLEM

_I have Chronic migraines I-Buprofen dresn't work I used to take 800mg Neither does the Cataerm___ or Cataract whatever it's called. I also am having serious problems Sleeping the benadril didnt work, 3 Now I havent slept for a while I want to ___ Pissing me off. Seriously._

Emergency care can be requested at any time by contacting a deputy. Non-emergency care is provided three times a week by a physician or a physicians assistant. There will be a minimum charge of **($5.00) five dollars** for the use of the jail medical services. Prescriptions and out side referrals will be charged at the rate from the outside providers.

I understand that I am responsible for the costs of my medical care while a prisoner of the Skagit County Jail. Necessary medical care, however, will not be denied to any prisoner due to inability to pay.

I have read and understand the above and hereby authorize the Skagit County Jail to provide copies or summaries of my facility medical records to attending medical staff and/or other institutions if transferred. I also authorize the Skagit County Jail to deduct the necessary funds from my account for my medical care.

Prisoner's Signature _Bryce L Spangler_

## DO NOT WRITE BELOW THIS LINE

DISPOSITION

/___/  Seen in clinic, see SOAP notes.

/_V_/  Not seen, orders/comments: _____

_____ _noted_. _____

_____

_____

_2/3/11_                          _SB_
Date                              Medical

Exhibit 2

Name _Bruce L Namata_  D.O.B. _12/05/1979_

Name Number: _2650104_

Date _3/3/11_   Module & Room# _C3_

### PROBLEM

_I have very painful migraines 3 days_
_Can look at any... Record of migraines_
_Records CB profession or doesn't work. Since_
_my... doesn't get any better please help_

Emergency care can be requested at any time by contacting a deputy. Non-emergency care is provided three times a week by a physician or a physicians assistant. There will be a minimum charge of **($5.00) five dollars** for the use of the jail medical services. Prescriptions and out side referrals will be charged at the rate from the outside providers.

I understand that I am responsible for the costs of my medical care while a prisoner of the Skagit County Jail. Necessary medical care, however, will not be denied to any prisoner due to inability to pay.

I have read and understand the above and hereby authorize the Skagit County Jail to provide copies or summaries of my facility medical records to attending medical staff and/or other institutions if transferred. I also authorize the Skagit County Jail to deduct the necessary funds from my account for my medical care.

Prisoner's Signature _Bruce L Namata_

## DO NOT WRITE BELOW THIS LINE

DISPOSITION

/___/ Seen in clinic, see SOAP notes.

/___/ Not seen, orders/comments: _____

_You will not receive narcotics._

_3/4/11_
/Date

Medical Staff Signature

Exhibit 3

## SICK CALL REQUEST

Name _Bryce L Spangler_                           D.O.B. _12/2/1989_

Name Number: _2201624_

Date _1/18/12_          Module & Room# _~~F~~_

### PROBLEM

_I havent slept since it been here ; I'm having Day mares_
_I am allso having extreme back ; neck pains from my fall_
_Need somthin for PAIN, cold, Acne ; Sleep,_
_I Cant sleep due to hunger pains, I'm a grown off man ; Cant eat just elementry_
_school Portions have u seen this shit_

Emergency care can be requested at any time by contacting a
deputy. Non-emergency care is provided three times a week by a
physician or a physicians assistant. There will be a minimum
charge of **($5.00) five dollars** for the use of the jail medical
services. Prescriptions and out side referrals will be charged at
the rate from the outside providers.

I understand that I am responsible for the costs of my
medical care while a prisoner of the Skagit County Jail.
Necessary medical care, however, will not be denied to any
prisoner due to inability to pay.

I have read and understand the above and hereby authorize the
Skagit County Jail to provide copies or summaries of my facility
medical records to attending medical staff and/or other
institutions if transferred. I also authorize the Skagit County
Jail to deduct the necessary funds from my account for my medical
care.

Prisoner's Signature _Bryce L Spangler_

## DO NOT WRITE BELOW THIS LINE

DISPOSITION

/___/  Seen in clinic, see SOAP notes.

/_✓_/  Not seen, orders/comments: _____

_arrived 1/10/12, melatonin 3mg in_
_evening starts on 1/24/12; ibuprofene_
_or tylenol on cart. oxywash 1 a month_

_1/19/12_
Date                          Medical Staff   Signature

Exhibit 4

_MEDical_

## Skagit County Jail Multi-Purpose Request Form

☑ **Inmate Request**
Interno Peticion

☐ **Grievance**
Agravio

☐ **Mental Health Request**
Mental Salud Peticion

Name (Nombre) _Bryce Paradise_ Date (Fecha) _____ Pod/Room (Sitio) _C-10_

Name number: _220110.4_ s
Please Print Clearly - Por Favor Escriba Claro

**State your Request – BE SPECIFIC:**
Declare su Demanda – Ser Especifico            ould I be seen

at hung myself on friday 3 have

ben Requesting medical Att. Since 3

have not Recieved my head Const.

Hurtз 3 Ive ben having dizzy Spells

**Approved** (Aprobado)        **Denied** (Negado)
**Reason** (Razon)

11/3/12
SB

Exhibit 5

SICK CALL REQUEST

Name _Bryce L Quander_                         D.O.B. _12/02/89_

Name Number: _220161_

Date _11/5/11_      Module & Room# _C-7_

PROBLEM

_Im Sick from Black w/ need hlp_

_on my hole / Shot 3C hole_

_4 shocked 3 AM extremity jrk_

Emergency care can be requested at any time by contacting a deputy. Non-emergency care is provided three times a week by a physician or a physicians assistant. There will be a minimum charge of **($5.00) five dollars** for the use of the jail medical services. Prescriptions and out side referrals will be charged at the rate from the outside providers.

I understand that I am responsible for the costs of my medical care while a prisoner of the Skagit County Jail. Necessary medical care, however, will not be denied to any prisoner due to inability to pay.

I have read and understand the above and hereby authorize the Skagit County Jail to provide copies or summaries of my facility medical records to attending medical staff and/or other institutions if transferred. I also authorize the Skagit County Jail to deduct the necessary funds from my account for my medical care.

Prisoner's Signature_____

## DO NOT WRITE BELOW THIS LINE

DISPOSITION

/ ✓ /   Seen in clinic, see SOAP notes.

/___/   Not seen, orders/comments: _____

_____

_____

_11/7/11._
Date

**Exhibit** 6      Medical Staff Signature   _SB._

# Skagit County Jail Multi-Purpose Request Form

☐ **Inmate Request**
Interno Peticion

☐ **Grievance**
Agravio

☒ **Mental Health Request**
Mental Salud Peticion

Name (Nombre) _Bryce J. Spangle_ Date (Fecha) _Jan 8 2011_ Pod/Room (Sitio) _A-7_

Name number: _220704_ s

**Please Print Clearly - Por Favor Escriba Claro**

---

**State your Request – BE SPECIFIC:**

Declare su Demanda – Ser Especifico

I need to see someone about some issues I need help with

1/10/11. Note sent – "your on the list".

_[signature]_

---

**Approved** (Aprobado)    **Denied** (Negado)

**Reason** (Razon)                                    1/12/11

Institutionalized, drug induced paranoia, anti social
poor management of emotions, anger, impulse
control problems. Significant capacity for rage
at even perceived slights and perceived injustices.
Hx. He has childhood Dx: oppositional defiance,
intermittent explosive disorder, ADHD, Drug
Addiction – per inmate. He reports hearing voices,
since beginning to shoot Meth (prior drug addiction,
was not a Meth). He is requesting Benadryl to help him
sleep. Seems reasonable. Anything beyond Benadryl
is premature at this time – needs more clean
time. He will kite next week.

Stephanie Dulan LMHC

June 7, 2010    Benadryl 50mg PO q HS x 7 days.    1/13/11
1/13/11    **Exhibit**                              JMAX

# Skagit County Jail Multi-Purpose Request Form

☐ **Inmate Request**
Interno Peticion

☒ **Grievance**
Agravio

☐ **Mental Health Request**
Mental Salud Peticion

Name (Nombre) _Bruce Sprogle_   Date (Fecha) _____   Pod/Room (Sitio) _C-1_

Name number: _220104_ s

Please Print Clearly - Por Favor Escriba Claro

**State your Request – BE SPECIFIC:**

Declare su Demanda – Ser Especifico

I would like to grieve my Lack of medical Attention in this facility & the Slandering accusations made against me.

**Approved** (Aprobado)   **Denied** (Negado)

**Reason** (Razon)

you tried melatonin 4 out of 6 days - need to give it some time to see if it helps started a 7 day trial on 2/13/12. On 12/30/10 & 11/7/11 you stated you were doing heroin - Sleep problems are common with stopping any drugs or ETOH 2/14/12 SB

Exhibit 8

SICK CALL REQUEST

Name _Bruce L Pomeroy_          D.O.B. _12/18/71_

Name Number: _220164_

Date _Nov 7 2011_ Module & Room# _C#6_

## PROBLEM

Can I plz get on Suboxen I've been fucking constipation shitting 3 in major pain I Smoke over a quarter since a day 3 Shoot 2 to 3 grams a day of pure

Emergency care can be requested at any time by contacting a deputy. Non-emergency care is provided three times a week by a physician or a physicians assistant. There will be a minimum charge of **($5.00) five dollars** for the use of the jail medical services. Prescriptions and out side referrals will be charged at the rate from the outside providers.

I understand that I am responsible for the costs of my medical care while a prisoner of the Skagit County Jail. Necessary medical care, however, will not be denied to any prisoner due to inability to pay.

I have read and understand the above and hereby authorize the Skagit County Jail to provide copies or summaries of my facility medical records to attending medical staff and/or other institutions if transferred. I also authorize the Skagit County Jail to deduct the necessary funds from my account for my medical care.

Prisoner's Signature _[signature]_

## DO NOT WRITE BELOW THIS LINE

DISPOSITION

/___/ Seen in clinic, see SOAP notes.

/_✓_/ Not seen, orders/comments: _Seen yesterday Cons 6._
_inconsistant behavior_
_symptomatic treatment_

NOV 08 2011
Date                    Medical Staff   Signature

Exhibit 9

COPY
TO INM
NOV 8 2011

Spangler  Bryce |   4/5/12 |          Leulade, arapa.
Patient          Date                    Problem

**S** claims constant head ache of abd pain for weeks —
but behavior belies that statement. Behavioral issues —
apparent attempts to appear "mental". Was in a
fight several days ago.

**O** wt 144 w/ jail clothes.  (158/100)  95%  @ 78  37'
slightly swollen tender area @ forehead
PERRL  EOMI.  CN II-XI intact.  Mentation norm of
abd soft, NT.

**A** chronic longrade headaches, behavioral issues, Hi BP
no evidence of pain injury.

**P** Neckly weight ck BP
propranolol 40mg  ? PO BID  / 4/5/12
reassurance.                        JMARC
                                    J Board
                                       Am

check HIV (unprotected sex with lady he says  Jiist  Hjab
has HIV, unprotected. Knows her name) but         BB HL X
                        casa Grande apts).        APR 05 2012
                                        Exhibit 10

(1) I would like To Thank my babies mom, *mike* for puttin up w/my crazy *For so long* carryin my daughter (& still loven me)

To my aunt & Grandparents for always lovin me & bein there for me *& Also Gai*

Ide like to thank  Dillerman Patrick &$^s$Parker for bein Scrakin holarious, it makes Time alot more bearable

I'de also like to thank Julie for Bein able to keep me outa too much trouble & bein Awesome, & Learnin my cousin Stuff. *new*

& SGts Parker & Randall for Always bein fair even when *I think* its not in my best interest

Ide like to thank Frank For bein Frank Lacy *& nicok* for bein Awesom & havin the Scariest Keratte Chop ever. & Polly for bein *a real* Lady

. Jaime For bein the FAIREST most APROACHABLE Gaurd ive ever met,

.   & Vaun for bein the best med Assist. Ever . Anderson for bein Able To TAKE A Punch like a Champ & Still have a Sense of humor

And Paula Plumber for puttin up with my mistrustful NAture . for this long & not Strangln me, & For Felix A Frickin GHAYGSTER

. y Gracias de dios para Jesus y paulo me Carnals Paraciempre

& The Law Librarians

**Exhibit 11**

# Skagit County Jail Multi-Purpose Request Form

☑ **Inmate Request**
Interno Peticion

☐ **Grievance**
Agravio

☐ **Mental Health Request**
Mental Salud Peticion

Name (Nombre) _Bryce Spengler_ Date (Fecha) _____ Pod/Room (Sitio) _C-10_

Name number: _320141_ s

Please Print Clearly - Por Favor Escriba Claro

**State your Request – BE SPECIFIC:**
Declare su Demanda – Ser Especifico

The freedman's yelling from the idiot's 4x4 door in D-pod if not conductive to a work environment. O'Right's Retarded Ass is driving me nuts. Already 8 hours of open could I plz move. The dumb Asses R Drivin me nuts.

**Approved** (Aprobado)   **Denied** (Negado)

**Reason** (Razon)

Approved by Sgt Parker

2100

4-2-12

2

Exhibit 12

# Skagit County Jail Multi-Purpose Request Form

☒ **Inmate Request**
  *Interno Peticion*

☐ **Grievance**
  *Agravio*

☐ **Mental Health Request**
  *Mental Salud Peticion*

Name (Nombre) _Bruce L Springer_ Date (Fecha) _4/6/12_ Pod/Room (Sitio) _C-8_

Name number: _22.01.64_ s

**Please Print Clearly – Por Favor Escriba Claro**

**State your Request – BE SPECIFIC:**
*Declare su Demanda – Ser Especifico*

I am an indigent inmate on Dr Seg & cannot afford store.

Certain Retards have been placed in my pod and I would like to be afforded a pair of earplugs if I am unable to access store & it will help me to conduct my defence.

**Approved** (Aprobado) ☐   **Denied** (Negado) ☐

**Reason** (Razon) THIS WILL BE THE ONLY PAIR I GIVE YOU.
SGT RANDALL
4/7/12

**Exhibit 13**

# Skagit County Jail Multi-Purpose Request Form

☐ **Inmate Request**
Interno Peticion

☐ **Grievance**
Agravio

☐ **Mental Health Request**
Mental Salud Peticion

*Bryce Spangler*

**Name** (Nombre) _____ **Date** (Fecha) _____ **Pod/Room** (Sitio) _____

**Name number:** _____ s

**Please Print Clearly - Por Favor Escriba Claro**

**State your Request – BE SPECIFIC:**

Declare su Demanda – Ser Especifico

**Approved** (Aprobado)     **Denied** (Negado)

**Reason** (Razon)     Bryce,

— I am forwarding your requests back
to medical as I have not seen
any symptoms o mental illness to
treat with medications in here.
You are asking for something for sleep
and to "calm down" – these are not
psychiatric illnesses but maybe
medical can help. ——

"Reponse I am diagnosed
Bi polar/manic depressive/psiopathic/ADHD
P.T.S.D & Neurotic, Anxiety by 3 different doctors
3 Possibly Schitzofrenic.

June 7, 2010

**Exhibit 14**     Bryce L. Spangler     2/2/12
SB.

# Skagit County Jail Multi-Purpose Request Form

☒ Inmate Request
Interno Peticion

☐ Grievance
Agravio

☐ Mental Health Request
Mental Salud Peticion

Name (Nombre) _Bryce Grenell_   Date (Fecha) _1/27/12_   Pod/Room (Sitio) _C-1_

Name number: _220110__ s

Please Print Clearly - Por Favor Escriba Claro

**State your Request – BE SPECIFIC:**
Declare su Demanda – Ser Especifico

I would like to Appeal my 24 hr lockdown because I did not draw on my Clothes that is rediculous and Childish, i've seen numerous inmates get in trouble for dumbshit like that. I fight Tattoo & extort my not T.P. Park or draw on Clothes

**Approved** (Aprobado)     **Denied** (Negado)

**Reason** (Razon)

Sgt D Randall

1-27-12

**Exhibit 15**



4/11/20

---

Tour Number:        7,784
Start    3/29/2012 9:54:58PM    Stop:    3/31/2012 5:45:33AM
Bruce            Maskell
Location Count:    17    Event Count:    17

**3/29/2012**
10:53:53PM    Grey 13                         claims to be suicidal/15 min checks
        10:54:08PM    SCREAMING/YELLING
11:10:23PM    Grey 13                         claims to be suicidal/15 min checks
        11:10:30PM    SITTING
**3/30/2012**
1:02:20AM    Grey 13                          claims to be suicidal/15 min checks
        1:03:13AM    SCREAMING/YELLING
2:04:01AM    Grey 13                          claims to be suicidal/15 min checks
        2:04:33AM    POUNDING ON DOOR
3:53:45AM    Grey 13                          claims to be suicidal/15 min checks
        3:54:00AM    SCREAMING/YELLING
5:35:42AM    Grey 13                          claims to be suicidal/15 min checks
        5:36:00AM    SCREAMING/YELLING
7:57:52PM    Grey 13                          claims to be suicidal/15 min checks
        7:58:05PM    SLEEPING/LAYING DOWN
8:07:57PM    Grey 13                          claims to be suicidal/15 min checks
        8:08:11PM    SLEEPING/LAYING DOWN
8:17:53PM    Grey 13                          claims to be suicidal/15 min checks
        8:17:56PM    SLEEPING/LAYING DOWN
8:32:52PM    Grey 13                          claims to be suicidal/15 min checks
        8:32:55PM    SLEEPING/LAYING DOWN
8:48:00PM    Grey 13                          claims to be suicidal/15 min checks
        8:48:03PM    SLEEPING/LAYING DOWN
9:00:06PM    Grey 13                          claims to be suicidal/15 min checks
        9:00:37PM    STANDING
9:18:55PM    Grey 13                          claims to be suicidal/15 min checks
        9:19:08PM    SLEEPING/LAYING DOWN
9:35:10PM    Grey 13                          claims to be suicidal/15 min checks
        9:35:13PM    SLEEPING/LAYING DOWN
10:01:14PM    Grey 13                         claims to be suicidal/15 min checks
        10:01:24PM    SLEEPING/LAYING DOWN
11:41:21PM    Grey 13                         claims to be suicidal/15 min checks
        11:41:24PM    SLEEPING/LAYING DOWN
**3/31/2012**
2:51:55AM    Grey 13                          claims to be suicidal/15 min checks
        2:51:57AM    SLEEPING/LAYING DOWN

---

Tour Number:        7,716
Start    3/30/2012 5:57:38AM    Stop:    3/30/2012 10:25:04PM
Polly            Storie            U106
Location Count:    12    Event Count:    8

---

Exhibit 16

1



4/11/20

**3/30/2012**

| | | |
|---|---|---|
| 6:08:48AM | Grey 13 | claims to be suicidal/15 min checks |
| 6:09:09AM | STANDING | |
| 6:21:23AM | Grey 13 | claims to be suicidal/15 min checks |
| 6:21:28AM | SITTING | |
| 6:35:51AM | Grey 13 | claims to be suicidal/15 min checks |
| 7:17:35AM | Grey 13 | claims to be suicidal/15 min checks |
| 7:17:42AM | SITTING | |
| 7:25:47AM | Grey 13 | claims to be suicidal/15 min checks |
| 7:31:24AM | Grey 13 | claims to be suicidal/15 min checks |
| 7:31:31AM | SLEEPING/LAYING DOWN | |
| 8:16:30AM | Grey 13 | claims to be suicidal/15 min checks |
| 8:16:41AM | SITTING | |
| 8:31:13AM | Grey 13 | claims to be suicidal/15 min checks |
| 8:31:20AM | SITTING | |
| 8:01:24PM | Grey 13 | claims to be suicidal/15 min checks |
| 9:03:03PM | Grey 13 | claims to be suicidal/15 min checks |
| 9:03:20PM | STANDING | |
| 9:05:34PM | Grey 13 | claims to be suicidal/15 min checks |
| 9:46:25PM | Grey 13 | claims to be suicidal/15 min checks |
| 9:46:28PM | SLEEPING/LAYING DOWN | |

---

Tour Number:    7,799
Start   3/30/2012 2:02:14PM   Stop:   3/30/2012 9:49:18PM
Mary            Block
Location Count:    1    Event Count:    0

**3/30/2012**

| | | |
|---|---|---|
| 7:58:56PM | Grey 13 | claims to be suicidal/15 min checks |

---

Tour Number:    7,734
Start   3/30/2012 10:02:14PM   Stop:   3/31/2012 5:54:58AM
Ken            Futrelle
Location Count:    7    Event Count:    7

**3/30/2012**

| | | |
|---|---|---|
| 11:11:46PM | Grey 13 | claims to be suicidal/15 min checks |
| 11:11:50PM | SLEEPING/LAYING DOWN | |
| 11:56:55PM | Grey 13 | claims to be suicidal/15 min checks |
| 11:56:57PM | SLEEPING/LAYING DOWN | |

**3/31/2012**

| | | |
|---|---|---|
| 12:53:32AM | Grey 13 | claims to be suicidal/15 min checks |
| 12:53:35AM | SLEEPING/LAYING DOWN | |
| 1:08:34AM | Grey 13 | claims to be suicidal/15 min checks |
| 1:08:37AM | SLEEPING/LAYING DOWN | |
| 1:38:38AM | Grey 13 | claims to be suicidal/15 min checks |
| 1:38:40AM | SLEEPING/LAYING DOWN | |
| 1:53:24AM | Grey 13 | claims to be suicidal/15 min checks |



4/11/20

**3/31/2012**
   1:53:35AM      SLEEPING/LAYING DOWN
5:38:17AM     Grey 13                                        claims to be suicidal/15 min checks
   5:38:19AM      SLEEPING/LAYING DOWN

---

Tour Number:            7,749
Start    3/30/2012 10:09:58PM    Stop:    3/30/2012 11:13:30PM
Leticia          Trevino
Location Count:        4        Event Count:      4

**3/30/2012**
10:11:49PM    Grey 13                                        claims to be suicidal/15 min checks
   10:11:52PM      SLEEPING/LAYING DOWN
10:26:26PM    Grey 13                                        claims to be suicidal/15 min checks
   10:26:31PM      SLEEPING/LAYING DOWN
10:41:36PM    Grey 13                                        claims to be suicidal/15 min checks
   10:41:55PM      SLEEPING/LAYING DOWN
10:56:29PM    Grey 13                                        claims to be suicidal/15 min checks
   10:56:31PM      SLEEPING/LAYING DOWN

---

Tour Number:            7,819
Start    3/30/2012 11:13:38PM    Stop:    3/31/2012 1:59:58PM
Leticia          Trevino
Location Count:        41       Event Count:     36

**3/30/2012**
11:26:44PM    Grey 13                                        claims to be suicidal/15 min checks
   11:26:47PM      SLEEPING/LAYING DOWN
**3/31/2012**
12:11:51AM    Grey 13                                        claims to be suicidal/15 min checks
   12:11:53AM      SLEEPING/LAYING DOWN
12:25:54AM    Grey 13                                        claims to be suicidal/15 min checks
   12:25:56AM      SLEEPING/LAYING DOWN
12:38:22AM    Grey 13                                        claims to be suicidal/15 min checks
   12:38:25AM      SLEEPING/LAYING DOWN
1:23:21AM     Grey 13                                        claims to be suicidal/15 min checks
   1:23:26AM      SLEEPING/LAYING DOWN
2:06:53AM     Grey 13                                        claims to be suicidal/15 min checks
   2:06:57AM      SLEEPING/LAYING DOWN
2:23:42AM     Grey 13                                        claims to be suicidal/15 min checks
   2:23:45AM      SLEEPING/LAYING DOWN
2:36:41AM     Grey 13                                        claims to be suicidal/15 min checks
   2:36:43AM      SLEEPING/LAYING DOWN
3:07:09AM     Grey 13                                        claims to be suicidal/15 min checks
   3:07:12AM      SLEEPING/LAYING DOWN
3:22:12AM     Grey 13                                        claims to be suicidal/15 min checks
   3:22:15AM      SLEEPING/LAYING DOWN
3:34:15AM     Grey 13                                        claims to be suicidal/15 min checks



4/11/20

**3/31/2012**

| | | |
|---|---|---|
| 3:34:18AM | SLEEPING/LAYING DOWN | |
| 3:46:18AM  Grey 13 | | claims to be suicidal/15 min checks |
| 3:46:20AM | SLEEPING/LAYING DOWN | |
| 3:59:31AM  Grey 13 | | claims to be suicidal/15 min checks |
| 3:59:33AM | SLEEPING/LAYING DOWN | |
| 4:15:35AM  Grey 13 | | claims to be suicidal/15 min checks |
| 4:15:37AM | SLEEPING/LAYING DOWN | |
| 4:33:33AM  Grey 13 | | claims to be suicidal/15 min checks |
| 4:33:35AM | UNKNOWN | Event Not Found: 191 |
| 4:42:13AM  Grey 13 | | claims to be suicidal/15 min checks |
| 4:42:16AM | SLEEPING/LAYING DOWN | |
| 4:57:23AM  Grey 13 | | claims to be suicidal/15 min checks |
| 4:57:31AM | SLEEPING/LAYING DOWN | |
| 5:23:17AM  Grey 13 | | claims to be suicidal/15 min checks |
| 5:23:20AM | SLEEPING/LAYING DOWN | |
| 6:03:53AM  Grey 13 | | claims to be suicidal/15 min checks |
| 6:03:55AM | SLEEPING/LAYING DOWN | |
| 6:19:33AM  Grey 13 | | claims to be suicidal/15 min checks |
| 6:19:46AM | SLEEPING/LAYING DOWN | |
| 7:03:01AM  Grey 13 | | claims to be suicidal/15 min checks |
| 7:03:05AM | SLEEPING/LAYING DOWN | |
| 7:18:11AM  Grey 13 | | claims to be suicidal/15 min checks |
| 7:18:14AM | SLEEPING/LAYING DOWN | |
| 7:33:03AM  Grey 13 | | claims to be suicidal/15 min checks |
| 7:33:06AM | SLEEPING/LAYING DOWN | |
| 7:48:24AM  Grey 13 | | claims to be suicidal/15 min checks |
| 7:48:28AM | SLEEPING/LAYING DOWN | |
| 8:03:15AM  Grey 13 | | claims to be suicidal/15 min checks |
| 8:03:21AM | SLEEPING/LAYING DOWN | |
| 8:16:51AM  Grey 13 | | claims to be suicidal/15 min checks |
| 8:16:54AM | SLEEPING/LAYING DOWN | |
| 8:31:34AM  Grey 13 | | claims to be suicidal/15 min checks |
| 8:46:57AM  Grey 13 | | claims to be suicidal/15 min checks |
| 8:46:59AM | SLEEPING/LAYING DOWN | |
| 9:01:38AM  Grey 13 | | claims to be suicidal/15 min checks |
| 9:01:48AM | SLEEPING/LAYING DOWN | |
| 9:12:40AM  Grey 13 | | claims to be suicidal/15 min checks |
| 9:12:42AM | SLEEPING/LAYING DOWN | |
| 9:28:18AM  Grey 13 | | claims to be suicidal/15 min checks |
| 10:13:19AM  Grey 13 | | claims to be suicidal/15 min checks |
| 10:13:22AM | SLEEPING/LAYING DOWN | |
| 10:28:59AM  Grey 13 | | claims to be suicidal/15 min checks |
| 10:29:02AM | SLEEPING/LAYING DOWN | |
| 10:40:34AM  Grey 13 | | claims to be suicidal/15 min checks |
| 10:40:37AM | SLEEPING/LAYING DOWN | |



4/11/20

**3/31/2012**

| | | |
|---|---|---|
| 11:25:51AM | Grey 13 | claims to be suicidal/15 min checks |
| 11:26:01AM | SLEEPING/LAYING DOWN | |
| 11:41:10AM | Grey 13 | claims to be suicidal/15 min checks |
| 11:41:14AM | SLEEPING/LAYING DOWN | |
| 12:41:30PM | Grey 13 | claims to be suicidal/15 min checks |
| 12:41:46PM | SLEEPING/LAYING DOWN | |
| 12:56:51PM | Grey 13 | claims to be suicidal/15 min checks |
| 1:10:55PM | Grey 13 | claims to be suicidal/15 min checks |
| 1:10:57PM | SLEEPING/LAYING DOWN | |
| 1:25:20PM | Grey 13 | claims to be suicidal/15 min checks |
| 1:55:20PM | Grey 13 | claims to be suicidal/15 min checks |

Tour Number: 7,785
Start 3/31/2012 5:53:15AM   Stop: 3/31/2012 5:53:57AM
Bruce          Maskell
Location Count: 1   Event Count: 1

**3/31/2012**

| | | |
|---|---|---|
| 5:53:19AM | Grey 13 | claims to be suicidal/15 min checks |
| 5:53:35AM | SLEEPING/LAYING DOWN | |

Tour Number: 7,717
Start 3/31/2012 5:58:54AM   Stop: 3/31/2012 1:56:54PM
Keasha         Jennings        U139
Location Count: 4   Event Count: 4

**3/31/2012**

| | | |
|---|---|---|
| 6:47:42AM | Grey 13 | claims to be suicidal/15 min checks |
| 6:47:44AM | SLEEPING/LAYING DOWN | |
| 10:55:19AM | Grey 13 | claims to be suicidal/15 min checks |
| 10:55:24AM | SLEEPING/LAYING DOWN | |
| 10:55:39AM | IMPROPER EVENT ENTRY | 212<invalid key> |
| 11:11:41AM | Grey 13 | claims to be suicidal/15 min checks |
| 12:26:23PM | Grey 13 | claims to be suicidal/15 min checks |
| 12:26:27PM | SLEEPING/LAYING DOWN | |

Tour Number: 7,768
Start 3/31/2012 6:02:32AM   Stop: 3/31/2012 6:12:04PM
Patrick        Beisler
Location Count: 1   Event Count: 1

**3/31/2012**

| | | |
|---|---|---|
| 3:28:52PM | Grey 13 | claims to be suicidal/15 min checks |
| 3:28:56PM | SLEEPING/LAYING DOWN | |





4/11/20

| Tour Number: | 7,735 | | |
|---|---|---|---|
| Start | 3/31/2012 12:44:54PM | Stop: | 3/31/2012 9:57:47PM |
| Mary | Block | | |
| Location Count: | 27 | Event Count: | 24 |

**3/31/2012**

| 2:06:18PM | Grey 13 | claims to be suicidal/15 min checks |
|---|---|---|
| 2:06:27PM | SLEEPING/LAYING DOWN | |
| 2:14:59PM | Grey 13 | claims to be suicidal/15 min checks |
| 2:15:10PM | SLEEPING/LAYING DOWN | |
| 2:30:09PM | Grey 13 | claims to be suicidal/15 min checks |
| 2:30:15PM | SLEEPING/LAYING DOWN | |
| 2:32:50PM | Grey 13 | claims to be suicidal/15 min checks |
| 2:43:16PM | Grey 13 | claims to be suicidal/15 min checks |
| 2:43:20PM | SLEEPING/LAYING DOWN | |
| 2:58:31PM | Grey 13 | claims to be suicidal/15 min checks |
| 2:58:52PM | SLEEPING/LAYING DOWN | |
| 3:46:16PM | Grey 13 | claims to be suicidal/15 min checks |
| 3:46:20PM | SLEEPING/LAYING DOWN | |
| 4:05:36PM | Grey 13 | claims to be suicidal/15 min checks |
| 4:05:42PM | SLEEPING/LAYING DOWN | |
| 4:16:33PM | Grey 13 | claims to be suicidal/15 min checks |
| 4:16:40PM | SLEEPING/LAYING DOWN | |
| 4:31:43PM | Grey 13 | claims to be suicidal/15 min checks |
| 4:31:44PM | SLEEPING/LAYING DOWN | |
| 4:54:05PM | Grey 13 | claims to be suicidal/15 min checks |
| 5:01:58PM | Grey 13 | claims to be suicidal/15 min checks |
| 5:02:03PM | MEAL SERVICE/EATING | |
| 5:32:19PM | Grey 13 | claims to be suicidal/15 min checks |
| 5:32:24PM | SLEEPING/LAYING DOWN | |
| 6:01:35PM | Grey 13 | claims to be suicidal/15 min checks |
| 6:01:42PM | SLEEPING/LAYING DOWN | |
| 6:31:47PM | Grey 13 | claims to be suicidal/15 min checks |
| 6:31:51PM | SLEEPING/LAYING DOWN | |
| 6:47:02PM | Grey 13 | claims to be suicidal/15 min checks |
| 6:47:14PM | SITTING | |
| 7:01:29PM | Grey 13 | claims to be suicidal/15 min checks |
| 7:01:31PM | SLEEPING/LAYING DOWN | |
| 7:17:20PM | Grey 13 | claims to be suicidal/15 min checks |
| 7:17:29PM | STANDING | |
| 7:26:52PM | Grey 13 | claims to be suicidal/15 min checks |
| 7:46:13PM | Grey 13 | claims to be suicidal/15 min checks |
| 7:46:19PM | SLEEPING/LAYING DOWN | |
| 8:14:42PM | Grey 13 | claims to be suicidal/15 min checks |
| 8:14:45PM | SLEEPING/LAYING DOWN | |
| 8:43:43PM | Grey 13 | claims to be suicidal/15 min checks |

4/11/20

**3/31/2012**

| | | |
|---|---|---|
| 8:43:48PM | SLEEPING/LAYING DOWN | |
| 8:56:51PM | Grey 13 | claims to be suicidal/15 min checks |
| 8:56:56PM | SLEEPING/LAYING DOWN | |
| 9:11:50PM | Grey 13 | claims to be suicidal/15 min checks |
| 9:11:52PM | SLEEPING/LAYING DOWN | |
| 9:27:20PM | Grey 13 | claims to be suicidal/15 min checks |
| 9:27:23PM | SLEEPING/LAYING DOWN | |
| 9:40:31PM | Grey 13 | claims to be suicidal/15 min checks |
| 9:40:38PM | SLEEPING/LAYING DOWN | |
| 9:53:54PM | Grey 13 | claims to be suicidal/15 min checks |
| 9:53:59PM | SLEEPING/LAYING DOWN | |

Tour Number:       7,820
Start    3/31/2012  2:00:00PM    Stop:    3/31/2012  9:59:09PM
Jared              Couch              U141
Location Count:    3        Event Count:    2

**3/31/2012**

| | | |
|---|---|---|
| 5:47:51PM | Grey 13 | claims to be suicidal/15 min checks |
| 5:47:55PM | SLEEPING/LAYING DOWN | |
| 6:16:06PM | Grey 13 | claims to be suicidal/15 min checks |
| 6:16:08PM | SLEEPING/LAYING DOWN | |
| 7:42:59PM | Grey 13 | claims to be suicidal/15 min checks |

Tour Number:       7,718
Start    3/31/2012  2:00:55PM    Stop:    3/31/2012  10:04:29PM
Christian          Andersen           U140
Location Count:    1        Event Count:    1

**3/31/2012**

| | | |
|---|---|---|
| 5:16:56PM | Grey 13 | claims to be suicidal/15 min checks |
| 5:17:00PM | SLEEPING/LAYING DOWN | |

Tour Number:       7,800
Start    3/31/2012  7:30:16PM    Stop:    4/1/2012  5:47:34AM
Doug               Faddis
Location Count:    6        Event Count:    6

**3/31/2012**

| | | |
|---|---|---|
| 7:31:09PM | Grey 13 | claims to be suicidal/15 min checks |
| 7:31:21PM | SLEEPING/LAYING DOWN | |
| 8:00:23PM | Grey 13 | claims to be suicidal/15 min checks |
| 8:00:26PM | SLEEPING/LAYING DOWN | |
| 8:28:26PM | Grey 13 | claims to be suicidal/15 min checks |
| 8:28:29PM | SLEEPING/LAYING DOWN | |
| 10:54:09PM | Grey 13 | claims to be suicidal/15 min checks |
| 10:54:12PM | SLEEPING/LAYING DOWN | |
| 11:54:01PM | Grey 13 | claims to be suicidal/15 min checks |

4/11/20

**3/31/2012**
  11:54:03PM      SLEEPING/LAYING DOWN
**4/1/2012**
5:26:53AM     Grey 13                                  claims to be suicidal/15 min checks
  5:26:57AM      SLEEPING/LAYING DOWN

---

Tour Number:          7,786
Start    3/31/2012  9:40:50PM      Stop:    4/1/2012  5:52:14AM
Bruce          Maskell
Location Count:     6      Event Count:     6

**3/31/2012**
11:24:13PM     Grey 13                                 claims to be suicidal/15 min checks
  11:24:16PM      SLEEPING/LAYING DOWN
**4/1/2012**
12:23:39AM     Grey 13                                 claims to be suicidal/15 min checks
  12:23:41AM      SLEEPING/LAYING DOWN
12:53:56AM     Grey 13                                 claims to be suicidal/15 min checks
  12:53:58AM      SLEEPING/LAYING DOWN
1:08:52AM     Grey 13                                  claims to be suicidal/15 min checks
  1:08:57AM      SLEEPING/LAYING DOWN
1:54:06AM     Grey 13                                  claims to be suicidal/15 min checks
  1:54:08AM      SLEEPING/LAYING DOWN
5:52:11AM     Grey 13                                  claims to be suicidal/15 min checks
  5:52:13AM      SLEEPING/LAYING DOWN

---

Tour Number:          7,736
Start    3/31/2012  10:08:45PM      Stop:    4/1/2012  10:00:49AM
Nancy          Callahan
Location Count:     39      Event Count:     38

**3/31/2012**
10:09:04PM     Grey 13                                 claims to be suicidal/15 min checks
  10:09:07PM      SLEEPING/LAYING DOWN
10:23:52PM     Grey 13                                 claims to be suicidal/15 min checks
  10:23:55PM      SLEEPING/LAYING DOWN
10:39:24PM     Grey 13                                 claims to be suicidal/15 min checks
  10:39:26PM      SLEEPING/LAYING DOWN
11:09:36PM     Grey 13                                 claims to be suicidal/15 min checks
  11:09:39PM      SLEEPING/LAYING DOWN
11:39:13PM     Grey 13                                 claims to be suicidal/15 min checks
  11:39:15PM      SLEEPING/LAYING DOWN
**4/1/2012**
12:09:18AM     Grey 13                                 claims to be suicidal/15 min checks
  12:09:21AM      SLEEPING/LAYING DOWN
12:39:37AM     Grey 13                                 claims to be suicidal/15 min checks
  12:39:39AM      SLEEPING/LAYING DOWN
1:24:25AM     Grey 13                                  claims to be suicidal/15 min checks





4/11/20

**4/1/2012**

|          1:24:28AM        SLEEPING/LAYING DOWN
| 1:39:41AM      Grey 13                                             claims to be suicidal/15 min checks
|          1:39:44AM        SLEEPING/LAYING DOWN
| 2:09:23AM      Grey 13                                             claims to be suicidal/15 min checks
|          2:09:25AM        SLEEPING/LAYING DOWN
| 2:24:13AM      Grey 13                                             claims to be suicidal/15 min checks
|          2:24:15AM        SLEEPING/LAYING DOWN
| 2:39:18AM      Grey 13                                             claims to be suicidal/15 min checks
|          2:39:21AM        SLEEPING/LAYING DOWN
| 2:43:55AM      Grey 13                                             claims to be suicidal/15 min checks
|          2:43:58AM        SLEEPING/LAYING DOWN
| 2:59:05AM      Grey 13                                             claims to be suicidal/15 min checks
|          2:59:07AM        SLEEPING/LAYING DOWN
| 3:14:10AM      Grey 13                                             claims to be suicidal/15 min checks
|          3:14:12AM        SLEEPING/LAYING DOWN
| 3:29:04AM      Grey 13                                             claims to be suicidal/15 min checks
|          3:29:05AM        SLEEPING/LAYING DOWN
| 3:59:29AM      Grey 13                                             claims to be suicidal/15 min checks
|          3:59:31AM        SLEEPING/LAYING DOWN
| 4:14:39AM      Grey 13                                             claims to be suicidal/15 min checks
|          4:14:41AM        SLEEPING/LAYING DOWN
| 4:29:40AM      Grey 13                                             claims to be suicidal/15 min checks
|          4:29:42AM        SLEEPING/LAYING DOWN
| 4:42:21AM      Grey 13                                             claims to be suicidal/15 min checks
|          4:42:24AM        SLEEPING/LAYING DOWN
| 4:57:55AM      Grey 13                                             claims to be suicidal/15 min checks
|          4:57:57AM        SLEEPING/LAYING DOWN
| 5:12:39AM      Grey 13                                             claims to be suicidal/15 min checks
|          5:12:41AM        SLEEPING/LAYING DOWN
| 5:42:44AM      Grey 13                                             claims to be suicidal/15 min checks
|          5:42:52AM        SLEEPING/LAYING DOWN
| 6:08:52AM      Grey 13                                             claims to be suicidal/15 min checks
|          6:09:00AM        SLEEPING/LAYING DOWN
| 6:23:26AM      Grey 13                                             claims to be suicidal/15 min checks
|          6:23:30AM        SLEEPING/LAYING DOWN
| 6:37:14AM      Grey 13                                             claims to be suicidal/15 min checks
|          6:37:18AM        SLEEPING/LAYING DOWN
| 6:52:30AM      Grey 13                                             claims to be suicidal/15 min checks
|          6:52:35AM        SLEEPING/LAYING DOWN
| 7:07:48AM      Grey 13                                             claims to be suicidal/15 min checks
|          7:07:52AM        SLEEPING/LAYING DOWN
| 7:22:58AM      Grey 13                                             claims to be suicidal/15 min checks
|          7:23:01AM        SLEEPING/LAYING DOWN
| 7:37:48AM      Grey 13                                             claims to be suicidal/15 min checks
|          7:37:53AM        SLEEPING/LAYING DOWN



4/11/20

**4/1/2012**

| | | |
|---|---|---|
| 7:52:05AM | Grey 13 | claims to be suicidal/15 min checks |
| 7:52:07AM | SLEEPING/LAYING DOWN | |
| 8:07:03AM | Grey 13 | claims to be suicidal/15 min checks |
| 8:20:11AM | Grey 13 | claims to be suicidal/15 min checks |
| 8:20:14AM | SLEEPING/LAYING DOWN | |
| 8:35:22AM | Grey 13 | claims to be suicidal/15 min checks |
| 8:35:26AM | UNKNOWN | Event Not Found: 171 |
| 8:50:25AM | Grey 13 | claims to be suicidal/15 min checks |
| 8:50:28AM | SLEEPING/LAYING DOWN | |
| 9:05:59AM | Grey 13 | claims to be suicidal/15 min checks |
| 9:06:01AM | SLEEPING/LAYING DOWN | |
| 9:21:08AM | Grey 13 | claims to be suicidal/15 min checks |
| 9:21:11AM | SLEEPING/LAYING DOWN | |
| 9:34:24AM | Grey 13 | claims to be suicidal/15 min checks |
| 9:34:29AM | SLEEPING/LAYING DOWN | |
| 9:49:47AM | Grey 13 | claims to be suicidal/15 min checks |
| 9:49:49AM | SLEEPING/LAYING DOWN | |

---

Tour Number:          7,719
Start    4/1/2012  6:08:46AM    Stop:    4/1/2012  2:01:16PM
Keith          Dillaman
Location Count:       1       Event Count:       0

---

**4/1/2012**

| | | |
|---|---|---|
| 6:42:39AM | Grey 13 | claims to be suicidal/15 min checks |

---

Tour Number:          7,769
Start    4/1/2012  6:51:57AM    Stop:    4/1/2012  9:53:36PM
Deanna       M    Randall          U26
Location Count:       4       Event Count:       4

---

**4/1/2012**

| | | |
|---|---|---|
| 10:35:42AM | Grey 13 | claims to be suicidal/15 min checks |
| 10:35:46AM | SHOWER | |
| 11:06:03AM | Grey 13 | claims to be suicidal/15 min checks |
| 11:06:08AM | SLEEPING/LAYING DOWN | |
| 2:29:13PM | Grey 13 | claims to be suicidal/15 min checks |
| 2:29:17PM | SLEEPING/LAYING DOWN | |
| 4:35:29PM | Grey 13 | claims to be suicidal/15 min checks |
| 4:35:36PM | SLEEPING/LAYING DOWN | |

---

Tour Number:          7,787
Start    4/1/2012  10:00:48AM    Stop:    4/1/2012  9:52:15PM
Jamie          Freeburn          U124
Location Count:       8       Event Count:       8

---

**4/1/2012**

4/11/20

**4/1/2012**

| | | |
|---|---|---|
| 10:04:58AM    Grey 13 | | claims to be suicidal/15 min checks |
| 10:05:04AM    SLEEPING/LAYING DOWN | | |
| 10:50:14AM    Grey 13 | | claims to be suicidal/15 min checks |
| 10:50:40AM    NAKED | | |
| 11:50:08AM    Grey 13 | | claims to be suicidal/15 min checks |
| 11:50:12AM    SLEEPING/LAYING DOWN | | |
| 12:06:38PM    Grey 13 | | claims to be suicidal/15 min checks |
| 12:06:41PM    SITTING | | |
| 12:22:27PM    Grey 13 | | claims to be suicidal/15 min checks |
| 12:22:32PM    SLEEPING/LAYING DOWN | | |
| 1:37:41PM    Grey 13 | | claims to be suicidal/15 min checks |
| 1:37:43PM    SLEEPING/LAYING DOWN | | |
| 1:51:54PM    Grey 13 | | claims to be suicidal/15 min checks |
| 1:52:04PM    SLEEPING/LAYING DOWN | | |
| 7:14:32PM    Grey 13 | | claims to be suicidal/15 min checks |
| 7:14:50PM    STANDING | | |

Tour Number:          7,801
Start    4/1/2012  2:00:00PM      Stop:    4/1/2012  9:52:39PM
Mary              Block
Location Count:      3      Event Count:      2

**4/1/2012**

| | | |
|---|---|---|
| 2:43:10PM    Grey 13 | | claims to be suicidal/15 min checks |
| 2:43:20PM    SLEEPING/LAYING DOWN | | |
| 6:44:57PM    Grey 13 | | claims to be suicidal/15 min checks |
| 6:44:59PM    SLEEPING/LAYING DOWN | | |
| 7:37:47PM    Grey 13 | | claims to be suicidal/15 min checks |

Tour Number:          7,720
Start    4/1/2012  2:01:41PM      Stop:    4/1/2012  4:50:37PM
Leticia              Trevino
Location Count:      8      Event Count:      8

**4/1/2012**

| | | |
|---|---|---|
| 2:17:44PM    Grey 13 | | claims to be suicidal/15 min checks |
| 2:17:48PM    SLEEPING/LAYING DOWN | | |
| 2:55:03PM    Grey 13 | | claims to be suicidal/15 min checks |
| 2:55:05PM    SLEEPING/LAYING DOWN | | |
| 3:10:03PM    Grey 13 | | claims to be suicidal/15 min checks |
| 3:10:05PM    SLEEPING/LAYING DOWN | | |
| 3:38:06PM    Grey 13 | | claims to be suicidal/15 min checks |
| 3:38:07PM    SLEEPING/LAYING DOWN | | |
| 3:50:47PM    Grey 13 | | claims to be suicidal/15 min checks |
| 3:50:51PM    SLEEPING/LAYING DOWN | | |
| 4:06:02PM    Grey 13 | | claims to be suicidal/15 min checks |
| 4:06:04PM    SLEEPING/LAYING DOWN | | |



4/11/20

**4/1/2012**

| | | |
|---|---|---|
| 4:19:37PM | Grey 13 | claims to be suicidal/15 min checks |
| 4:19:40PM | SLEEPING/LAYING DOWN | |
| 4:49:36PM | Grey 13 | claims to be suicidal/15 min checks |
| 4:49:38PM | SLEEPING/LAYING DOWN | |

Tour Number:  7,753
Start   4/1/2012  4:51:01PM      Stop:    4/1/2012  8:57:06PM
Leticia              Trevino
Location Count:      15     Event Count:      20

**4/1/2012**

| | | |
|---|---|---|
| 4:59:30PM | Grey 13 | claims to be suicidal/15 min checks |
| 4:59:33PM | MUMBLING | |
| 4:59:42PM | MEAL SERVICE/EATING | |
| 5:08:59PM | Grey 13 | claims to be suicidal/15 min checks |
| 5:15:52PM | Grey 13 | claims to be suicidal/15 min checks |
| 5:15:57PM | SLEEPING/LAYING DOWN | |
| 5:31:32PM | Grey 13 | claims to be suicidal/15 min checks |
| 5:31:38PM | SLEEPING/LAYING DOWN | |
| 5:46:34PM | Grey 13 | claims to be suicidal/15 min checks |
| 5:46:37PM | SLEEPING/LAYING DOWN | |
| 6:01:11PM | Grey 13 | claims to be suicidal/15 min checks |
| 6:01:14PM | SLEEPING/LAYING DOWN | |
| 6:16:57PM | Grey 13 | claims to be suicidal/15 min checks |
| 6:17:00PM | SLEEPING/LAYING DOWN | |
| 6:30:15PM | Grey 13 | claims to be suicidal/15 min checks |
| 6:30:17PM | SLEEPING/LAYING DOWN | |
| 7:00:23PM | Grey 13 | claims to be suicidal/15 min checks |
| 7:00:25PM | SLEEPING/LAYING DOWN | |
| 7:17:53PM | Grey 13 | claims to be suicidal/15 min checks |
| 7:17:56PM | STANDING | |
| 7:33:08PM | Grey 13 | claims to be suicidal/15 min checks |
| 7:33:11PM | STANDING | |
| 7:33:16PM | EXERCISING | |
| 7:44:23PM | Grey 13 | claims to be suicidal/15 min checks |
| 7:44:31PM | SLEEPING/LAYING DOWN | |
| 8:35:19PM | Grey 13 | claims to be suicidal/15 min checks |
| 8:35:35PM | SITTING | |
| 8:35:40PM | READING | |
| 8:35:43PM | PHONE IN | |
| 8:50:35PM | Grey 13 | claims to be suicidal/15 min checks |
| 8:50:38PM | SITTING | |
| 8:56:30PM | Grey 13 | claims to be suicidal/15 min checks |
| 8:56:35PM | PHONE OUT | |
| 8:56:40PM | STANDING | |
| 8:56:45PM | READING | |



4/11/20

---

Tour Number:           7,863
Start    4/1/2012  8:58:23PM      Stop:    4/1/2012  9:59:42PM
Leticia            Trevino
Location Count:        5        Event Count:      5

---

**4/1/2012**
| | | |
|---|---|---|
| 8:58:26PM | Grey 13 | claims to be suicidal/15 min checks |
| 8:58:34PM | UNKNOWN | Event Not Found: 2222 |
| 9:05:59PM | Grey 13 | claims to be suicidal/15 min checks |
| 9:06:16PM | SITTING | |
| 9:20:18PM | Grey 13 | claims to be suicidal/15 min checks |
| 9:20:27PM | SITTING | |
| 9:35:24PM | Grey 13 | claims to be suicidal/15 min checks |
| 9:35:28PM | SLEEPING/LAYING DOWN | |
| 9:50:23PM | Grey 13 | claims to be suicidal/15 min checks |
| 9:50:24PM | SITTING | |

---

Tour Number:           7,901
Start    4/1/2012  9:52:26PM      Stop:    4/2/2012  5:56:55AM
Bruce            Maskell
Location Count:        2        Event Count:      2

---

**4/1/2012**
| | | |
|---|---|---|
| 11:35:48PM | Grey 13 | claims to be suicidal/15 min checks |
| 11:35:59PM | SLEEPING/LAYING DOWN | |

**4/2/2012**
| | | |
|---|---|---|
| 5:24:52AM | Grey 13 | claims to be suicidal/15 min checks |
| 5:24:54AM | SLEEPING/LAYING DOWN | |

---

Tour Number:           7,843
Start    4/1/2012  9:58:26PM      Stop:    4/2/2012  5:57:15AM
Doug            Faddis
Location Count:        31        Event Count:      30

---

**4/1/2012**
| | | |
|---|---|---|
| 10:01:48PM | Grey 13 | claims to be suicidal/15 min checks |
| 10:05:23PM | Grey 13 | claims to be suicidal/15 min checks |
| 10:05:25PM | SLEEPING/LAYING DOWN | |
| 10:20:23PM | Grey 13 | claims to be suicidal/15 min checks |
| 10:20:27PM | SLEEPING/LAYING DOWN | |
| 10:35:45PM | Grey 13 | claims to be suicidal/15 min checks |
| 10:35:49PM | SLEEPING/LAYING DOWN | |
| 10:51:12PM | Grey 13 | claims to be suicidal/15 min checks |
| 10:51:15PM | SLEEPING/LAYING DOWN | |
| 11:05:42PM | Grey 13 | claims to be suicidal/15 min checks |
| 11:05:44PM | SLEEPING/LAYING DOWN | |
| 11:20:30PM | Grey 13 | claims to be suicidal/15 min checks |
| 11:20:35PM | SLEEPING/LAYING DOWN | |



4/11/20

**4/1/2012**

| | |
|---|---|
| 11:40:08PM    Grey 13 | claims to be suicidal/15 min checks |
|     11:40:10PM    SLEEPING/LAYING DOWN | |
| 11:55:15PM    Grey 13 | claims to be suicidal/15 min checks |
|     11:55:20PM    SLEEPING/LAYING DOWN | |

**4/2/2012**

| | |
|---|---|
| 12:10:17AM    Grey 13 | claims to be suicidal/15 min checks |
|     12:10:19AM    SLEEPING/LAYING DOWN | |
| 12:25:20AM    Grey 13 | claims to be suicidal/15 min checks |
|     12:25:23AM    SLEEPING/LAYING DOWN | |
| 12:40:18AM    Grey 13 | claims to be suicidal/15 min checks |
|     12:40:21AM    SLEEPING/LAYING DOWN | |
| 12:55:19AM    Grey 13 | claims to be suicidal/15 min checks |
|     12:55:22AM    SLEEPING/LAYING DOWN | |
| 1:10:23AM    Grey 13 | claims to be suicidal/15 min checks |
|     1:10:26AM    SLEEPING/LAYING DOWN | |
| 1:25:31AM    Grey 13 | claims to be suicidal/15 min checks |
|     1:25:33AM    SLEEPING/LAYING DOWN | |
| 1:40:29AM    Grey 13 | claims to be suicidal/15 min checks |
|     1:40:33AM    SLEEPING/LAYING DOWN | |
| 1:55:34AM    Grey 13 | claims to be suicidal/15 min checks |
|     1:55:39AM    SLEEPING/LAYING DOWN | |
| 2:10:36AM    Grey 13 | claims to be suicidal/15 min checks |
|     2:10:39AM    SLEEPING/LAYING DOWN | |
| 2:25:38AM    Grey 13 | claims to be suicidal/15 min checks |
|     2:25:42AM    SLEEPING/LAYING DOWN | |
| 2:40:39AM    Grey 13 | claims to be suicidal/15 min checks |
|     2:40:42AM    SLEEPING/LAYING DOWN | |
| 2:55:43AM    Grey 13 | claims to be suicidal/15 min checks |
|     2:55:47AM    SLEEPING/LAYING DOWN | |
| 3:10:03AM    Grey 13 | claims to be suicidal/15 min checks |
|     3:10:06AM    SLEEPING/LAYING DOWN | |
| 3:25:07AM    Grey 13 | claims to be suicidal/15 min checks |
|     3:25:23AM    SLEEPING/LAYING DOWN | |
| 3:39:31AM    Grey 13 | claims to be suicidal/15 min checks |
|     3:39:33AM    SLEEPING/LAYING DOWN | |
| 3:54:34AM    Grey 13 | claims to be suicidal/15 min checks |
|     3:54:39AM    SLEEPING/LAYING DOWN | |
| 4:09:52AM    Grey 13 | claims to be suicidal/15 min checks |
|     4:09:57AM    SLEEPING/LAYING DOWN | |
| 4:24:25AM    Grey 13 | claims to be suicidal/15 min checks |
|     4:24:28AM    SLEEPING/LAYING DOWN | |
| 4:39:28AM    Grey 13 | claims to be suicidal/15 min checks |
|     4:39:34AM    SLEEPING/LAYING DOWN | |
| 4:54:13AM    Grey 13 | claims to be suicidal/15 min checks |
|     4:54:33AM    SLEEPING/LAYING DOWN | |



4/11/20

**4/2/2012**

| | | |
|---|---|---|
| 5:09:39AM | Grey 13 | claims to be suicidal/15 min checks |
| 5:09:43AM | SLEEPING/LAYING DOWN | |
| 5:39:45AM | Grey 13 | claims to be suicidal/15 min checks |
| 5:39:48AM | SLEEPING/LAYING DOWN | |

---

Tour Number:        7,850
Start    4/1/2012 10:50:30PM      Stop:    4/2/2012 9:53:50PM
Lecia                Kelley
Location Count:      2      Event Count:      1

**4/2/2012**

| | | |
|---|---|---|
| 12:08:29AM | Grey 13 | claims to be suicidal/15 min checks |
| 5:54:29AM | Grey 13 | claims to be suicidal/15 min checks |
| 5:54:32AM | SLEEPING/LAYING DOWN | |

---

Tour Number:        7,823
Start    4/2/2012 5:55:51AM      Stop:    4/2/2012 2:00:48PM
Diane                Sargent
Location Count:      4      Event Count:      0

**4/2/2012**

| | | |
|---|---|---|
| 7:33:47AM | Grey 13 | claims to be suicidal/15 min checks |
| 8:49:49AM | Grey 13 | claims to be suicidal/15 min checks |
| 11:56:55AM | Grey 13 | claims to be suicidal/15 min checks |
| 11:57:42AM | Grey 13 | claims to be suicidal/15 min checks |

---

Tour Number:        7,833
Start    4/2/2012 5:55:53AM      Stop:    4/2/2012 8:54:00AM
Keith                Dillaman
Location Count:      1      Event Count:      0

**4/2/2012**

| | | |
|---|---|---|
| 6:24:28AM | Grey 13 | claims to be suicidal/15 min checks |

---

Tour Number:        7,902
Start    4/2/2012 6:01:40AM      Stop:    4/2/2012 3:50:44PM
Juanita              Oneill              U23
Location Count:      22      Event Count:      22

**4/2/2012**

| | | |
|---|---|---|
| 6:10:36AM | Grey 13 | claims to be suicidal/15 min checks |
| 6:10:43AM | SLEEPING/LAYING DOWN | |
| 6:24:25AM | Grey 13 | claims to be suicidal/15 min checks |
| 6:24:30AM | MEAL SERVICE/EATING | |
| 6:39:53AM | Grey 13 | claims to be suicidal/15 min checks |
| 6:39:55AM | SLEEPING/LAYING DOWN | |
| 6:51:04AM | Grey 13 | claims to be suicidal/15 min checks |
| 6:51:07AM | SLEEPING/LAYING DOWN | |



4/11/20

**4/2/2012**

| | | |
|---|---|---|
| 7:04:33AM    Grey 13 | | claims to be suicidal/15 min checks |
|     7:04:36AM      SLEEPING/LAYING DOWN | | |
| 7:17:47AM    Grey 13 | | claims to be suicidal/15 min checks |
|     7:17:51AM      SLEEPING/LAYING DOWN | | |
| 7:33:23AM    Grey 13 | | claims to be suicidal/15 min checks |
|     7:33:26AM      SLEEPING/LAYING DOWN | | |
| 7:48:25AM    Grey 13 | | claims to be suicidal/15 min checks |
|     7:48:28AM      SLEEPING/LAYING DOWN | | |
| 8:02:22AM    Grey 13 | | claims to be suicidal/15 min checks |
|     8:02:26AM      SLEEPING/LAYING DOWN | | |
| 8:18:05AM    Grey 13 | | claims to be suicidal/15 min checks |
|     8:18:07AM      SLEEPING/LAYING DOWN | | |
| 8:32:32AM    Grey 13 | | claims to be suicidal/15 min checks |
|     8:32:34AM      SLEEPING/LAYING DOWN | | |
| 8:47:43AM    Grey 13 | | claims to be suicidal/15 min checks |
|     8:48:01AM      SITTING | | |
| 8:59:08AM    Grey 13 | | claims to be suicidal/15 min checks |
|     8:59:11AM      SLEEPING/LAYING DOWN | | |
| 9:14:20AM    Grey 13 | | claims to be suicidal/15 min checks |
|     9:14:22AM      SLEEPING/LAYING DOWN | | |
| 9:29:48AM    Grey 13 | | claims to be suicidal/15 min checks |
|     9:29:51AM      SLEEPING/LAYING DOWN | | |
| 9:44:34AM    Grey 13 | | claims to be suicidal/15 min checks |
|     9:44:38AM      SLEEPING/LAYING DOWN | | |
| 10:00:31AM   Grey 13 | | claims to be suicidal/15 min checks |
|     10:00:33AM      SLEEPING/LAYING DOWN | | |
| 10:28:25AM   Grey 13 | | claims to be suicidal/15 min checks |
|     10:28:26AM      STANDING | | |
| 11:35:45AM   Grey 13 | | claims to be suicidal/15 min checks |
|     11:35:50AM      SLEEPING/LAYING DOWN | | |
| 11:50:20AM   Grey 13 | | claims to be suicidal/15 min checks |
|     11:50:22AM      SLEEPING/LAYING DOWN | | |
| 11:57:23AM   Grey 13 | | claims to be suicidal/15 min checks |
|     11:57:29AM      MEAL SERVICE/EATING | | |
| 12:52:13PM   Grey 13 | | claims to be suicidal/15 min checks |
|     12:52:16PM      STANDING | | |

Tour Number:          7,828
Start    4/2/2012  6:07:56AM      Stop:    4/2/2012  1:59:36PM
Shane                  Parker
Location Count:      2      Event Count:      2

**4/2/2012**

| | | |
|---|---|---|
| 10:57:22AM   Grey 13 | | claims to be suicidal/15 min checks |
|     10:57:26AM      STANDING | | |
| 11:11:54AM   Grey 13 | | claims to be suicidal/15 min checks |



4/11/20

**4/2/2012**
    11:12:03AM    STANDING

---

Tour Number:    7,834
Start    4/2/2012 10:41:33AM    Stop:    4/2/2012 10:43:53AM
Randy    D    Parker        U21
Location Count:    1        Event Count:    1

---

**4/2/2012**
10:41:43AM    Grey 13                          claims to be suicidal/15 min checks
    10:41:47AM    EXERCISING

**Grand Total:**               279             260

# SKAGIT COUNTY JAIL SEPARATION LOG

Room# G-13 Booking#_____ Inmate Name Spangler, Bryce

Date Placed In Cell: 3-30-13   Time: 1950   By Deputy: Butcher

Reason for Admission and type of infraction (if any). Suicide

Special Needs: 15 min ✓

| DATE | TIME | REMARKS | Deputy | DATE | TIME | REMARKS | Deputy |
|------|------|---------|--------|------|------|---------|--------|
| 3-30 | 1950 | Placed in Cell | 4158 | | | | |
| 3/30 | 2100 | Requested a Book | ℬ | | | | |
| 3/30 | 2110 | Requested Ibuprophen | ℬ | | | | |
| 3/31 | 1645 | Had Dinner ☺ | ☺ | | | | |
| 3/31 | 1940 | med | AC | | | | |
| 4/1 | 1030 | Shower | | | | | |
| 4/1 | 1510 | Phone In | 413 | | | | |
| 6/1 | 1550 | Phone out | 413 | | | | |
| 4/1 | 2025 | Phone In | | | | | |
| 4/1 | 2100 | Phone In | 4158 | | | | |
| 4/2/12 | 1002 | To Bathroom | 4m0 | | | | |
| 4/2/12 | 1300 | Back to C-Pod | 4m0 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Sgt/Lead Off. | Date | Time | Shift end or start | Remarks |
|---------------|------|------|--------------------|---------|
| | | | | |
| | | | | |

Exhibit 19

# SKAGIT COUNTY JAIL SEPARATION LOG

Room# GRY11 Booking# 181190     Inmate Name Spangler, Bryce

Date Placed In Cell: 04·18·12     Time: 1335     By Deputy: Sgt D Randall

Reason for Admission and type of infraction (if any): Disciplinary

Special Needs: 30 min √s

| DATE | TIME | REMARKS | Deputy | DATE | TIME | REMARKS | Deputy |
|------|------|---------|--------|------|------|---------|--------|
| 4/18 | 1520 | GIVEN TYLENOL | J. | | | | |
| 4/18 | 1800 | Dinner | J. | | | | |
| 4·18 | 1430 | Meds | 1C | | | | |
| 4/19 | 1520 | shave | | | | | |
| 4/19 | 1545 | Given Soap legal paperwork | | | | | |
| 4/19 | 1858 | out to REC | | | | | |
| 4/20 | 1055 | out to shower | JS/PS | | | | |
| 4/20 | 1238 | To C-8 | 80 | | | | |
| 4/20 | 1230 | To C-8 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Sgt/Lead Off. | Date | Time | Shift end or start | Remarks |
|---------------|------|------|--------------------|---------|
| | | | | |
| | | | | |

Rev. 9/16/2010 Directive 08-019-B-U5     Exhibit 18



# Skagit County Jail Multi-Purpose Request Form

☐ Inmate Request / Interno Peticion ☑ Grievance / Agravio ☐ Mental Health Request / Mental Salud Peticion

Name (Nombre) Bryce J. Springler Date (Fecha) 4/19/12 Pod/Room (Sitio) G-9

Name number: 220164 s

Please Print Clearly - Por Favor Escriba Claro

**State your Request – BE SPECIFIC:**

Declare su Demanda – Ser Especifico

I would like to grieve the conditions of my confinement. And my denial of my pro se [illegible] [illegible] first I am housed in a holding cell with no bunk & a mat to sleep on the floor. I am subjected to the [illegible] [illegible] [illegible] coming & going [illegible] [illegible] & the cell is [illegible] by 8 not [illegible] for housing & this is violation of my 8th amendment Right to cruel & unusual punishment & with a [illegible] of [illegible] [illegible] this is [illegible] worse. Also I am [illegible] cleaning [illegible] or [illegible]!

I am [illegible] [illegible] [illegible] [illegible] [illegible] my 6th Amendment Right under Faretta to conduct my [illegible] defence & my 14th amendment Right to due process & access of the courts, Both United States

**Approved** (Aprobado) **Denied** (Negado)

**Reason** (Razon) Constitutional Rights are being effectively denied by the Jail by denying me my court ordered Pro Se material & access to that material. These Constitutional Rights cannot be abridged by the Jail. As they have been Ruled on numerous decisions by the [illegible] US Supreme Court to be fundamental Rights of incarcerated inmates. I am also given none of my clean clothes or a way to wash my dirty clothes, no soap or any hygiene.

4-20-12 Moved to G-Pod - Sgt Parker

Exhibit 19

# Skagit County Jail Multi-Purpose Request Form

☐ **Public Defender Request**
Publico Defensor Peticion

**Name of Attorney** _____
Nombre De Abogado

☐ **Inmate Request**
Interno Peticion

☐ **Grievance**
Agravio

☒ **Mental Health Request**
Mental Salud Peticion

**Name** (Nombre) _Bryon Spencer_   **Date** (Fecha) _4/17/08_   **Pod/Room** (Sitio) _C-3_

**Name number:** _220164_

**Please Print Clearly - Por Favor Escriba Claro**

**State your Request – BE SPECIFIC:**
Declare su Demanda – Ser Especifico

Im Haveing trouble with sleep because of the amount
of time Im going to serve in prison. Im Really scared
because Im Just Really small. Im afraid of geting into
A fart in prison and geting hurt. And im emotionally
weak because of my fiancee leaving me for my best
friend. Im Just Having a Hard time. IVE Been on Suicide
watch and Now Im in C-Pod and i cant call my family
because of the funky calling times

---

**Approved** (Aprobado) _____   **Denied** (Negado) _____

**Reason** (Razon)   3/18/08

Feeling pretty stressed about events of the last few
weeks (see previous kites in file) and issues related
to legal charges. Might benefit from Benadryl to
improve sleep. Recommend Benadryl at hs
Stephanie Lesliewme

3/19/08 Benadryl 50mg q hs x 1wk then 4x1wk

**Exhibit 20**

## Skagit County Jail Multi-Purpose Request Form

☐ **Inmate Request**
Interno Peticion

☐ **Grievance**
Agravio

☒ **Mental Health Request**
Mental Salud Peticion

Name (Nombre) _Bryce P Spangler_ Date (Fecha) _2/17/12_ Pod/Room (Sitio) _C-H_

Name number: _320064_ s

Please Print Clearly - Por Favor Escriba Claro

**State your Request – BE SPECIFIC:**
Declare su Demanda – Ser Especifico

I have sent numerous Requests to be seen by mental health due to the fact im going through extreme mental duress; having breakdowns; extreme Depressions; Manic States are you guys going to see me.

**Approved** (Aprobado)     **Denied** (Negado)

Reason (Razon) 2-18-12 FORWARDED TO MENTAL HEALTH — SGT. O'NEILL

2/20/12. - I/m said he "is afraid he will stab a guard" and doesn't want to "get into trouble". I/m said he often thinks of being violent to the Guards. It is difficult to tell how much of this conversation is genuine vs wanting meds. I/m is diagnosed c̄ Antisocial Personality. His Symptoms he is reporting today fit that diagnosis more than anything else. Rec: Maybe Try Buspar if anything → a little Calmer

Cindy Maxwell M

2/21/12 SB

note: DISCUSSED c̄ Sgt Randall to watch Behavior

EXHIBIT 21

## Skagit County Jail Multi-Purpose Request Form

☒ Inmate Request
Interno Peticion

☒ Grievance
Agravio

☐ Mental Health Request
Mental Salud Peticion

Name (Nombre) Bruce Pratt Date (Fecha) 2/22/12 Pod/Room (Sitio) C-4

Name number: 280161

Please Print Clearly - Por Favor Escriba Claro

---

**State your Request – BE SPECIFIC:**

Declare su Demanda – Ser Especifico

I would like a hearing on my infraction, i refused to sign it because i dont trust Kesha Jennings's malicious actions not to change my infraction. She said by not sighing it if an admillion of quist after i crumbled sit up i will not deal w/her anymore, i have on

---

Approved (Aprobado)    Denied (Negado)

Reason (Razon)

Exhibit 22

Numerous occasions asked Not to be arou
her ; everytime I am I get a major infrac
So I Reiterate for the millionth time
I can't be around her ; if her Continued
Harrasment Continues ; Malicious Baiting
Does I have mental issues ; the documents
Supporting this I will not be Responsib
for my Actions

Fuck Keshia

fat ass moo
for ME BITCH

**Tour Report**

4/11/20

Tour Number:     8,223
Start     5/2/2012

Exhibit 23

1

4/11/20

**5/2/2012**

| Tour Number: | | 8,265 | | | | |
|---|---|---|---|---|---|---|
| Start | 5/2/2012 | 2:45:22PM | Stop: | 5/3/2012 | 2:09:00AM | |
| Brian | | Schrader | | U25 | | |
| Location Count: | | 6 | Event Count: | | 6 | |

| Tour Number: | | 8,282 | | | | |
|---|---|---|---|---|---|---|
| Start | 5/2/2012 | 9:44:28PM | Stop: | 5/3/2012 | 5:54:55AM | |
| Lecia | | Kelley | | | | |
| Location Count: | | 3 | Event Count: | | 3 | |

**5/2/2012**
10:32:08PM     Grey 13                          claims to be suicidal/15 min checks
        10:32:18PM     SLEEPING/LAYING DOWN
11:17:58PM     Grey 13                          claims to be suicidal/15 min checks
        11:18:00PM     SLEEPING/LAYING DOWN
**5/3/2012**
4:09:14AM     Grey 13                          claims to be suicidal/15 min checks
        4:09:18AM     SLEEPING/LAYING DOWN



4/11/20

| Tour Number: | 8,292 | | |
|---|---|---|---|
| Start   5/2/2012 10:02:27PM   Stop:   5/3/2012  6:00:54AM | | | |
| David            Anderson | | | |
| Location Count:   26     Event Count:   26 | | | |

**5/2/2012**

| 10:18:29PM | Grey 13 | claims to be suicidal/15 min checks |
|---|---|---|
| 10:18:46PM | STANDING | |
| 11:03:42PM | Grey 13 | claims to be suicidal/15 min checks |
| 11:03:43PM | SLEEPING/LAYING DOWN | |
| 11:33:41PM | Grey 13 | claims to be suicidal/15 min checks |
| 11:33:43PM | SLEEPING/LAYING DOWN | |
| 11:42:26PM | Grey 13 | claims to be suicidal/15 min checks |
| 11:42:28PM | SLEEPING/LAYING DOWN | |
| 11:57:45PM | Grey 13 | claims to be suicidal/15 min checks |
| 11:57:47PM | SLEEPING/LAYING DOWN | |

**5/3/2012**

| 12:11:35AM | Grey 13 | claims to be suicidal/15 min checks |
|---|---|---|
| 12:11:37AM | SLEEPING/LAYING DOWN | |
| 12:26:45AM | Grey 13 | claims to be suicidal/15 min checks |
| 12:26:46AM | SLEEPING/LAYING DOWN | |
| 12:40:32AM | Grey 13 | claims to be suicidal/15 min checks |
| 12:40:34AM | SLEEPING/LAYING DOWN | |
| 12:55:20AM | Grey 13 | claims to be suicidal/15 min checks |
| 12:55:22AM | SLEEPING/LAYING DOWN | |
| 1:10:30AM | Grey 13 | claims to be suicidal/15 min checks |
| 1:10:32AM | SLEEPING/LAYING DOWN | |
| 1:25:26AM | Grey 13 | claims to be suicidal/15 min checks |
| 1:25:27AM | SLEEPING/LAYING DOWN | |
| 1:55:50AM | Grey 13 | claims to be suicidal/15 min checks |
| 1:55:52AM | SLEEPING/LAYING DOWN | |
| 2:10:40AM | Grey 13 | claims to be suicidal/15 min checks |
| 2:10:41AM | SLEEPING/LAYING DOWN | |
| 2:25:48AM | Grey 13 | claims to be suicidal/15 min checks |
| 2:25:49AM | SLEEPING/LAYING DOWN | |
| 2:40:55AM | Grey 13 | claims to be suicidal/15 min checks |
| 2:40:57AM | SLEEPING/LAYING DOWN | |
| 2:55:50AM | Grey 13 | claims to be suicidal/15 min checks |
| 2:55:52AM | SLEEPING/LAYING DOWN | |
| 3:09:30AM | Grey 13 | claims to be suicidal/15 min checks |
| 3:09:31AM | SLEEPING/LAYING DOWN | |
| 3:24:31AM | Grey 13 | claims to be suicidal/15 min checks |
| 3:24:32AM | SLEEPING/LAYING DOWN | |
| 3:39:30AM | Grey 13 | claims to be suicidal/15 min checks |
| 3:39:32AM | SLEEPING/LAYING DOWN | |
| 3:55:11AM | Grey 13 | claims to be suicidal/15 min checks |
| 3:55:14AM | SLEEPING/LAYING DOWN | |

3



4/11/20

**5/3/2012**

| 4:37:54AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 4:37:55AM | SLEEPING/LAYING DOWN | |
| 4:51:00AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 4:51:02AM | SLEEPING/LAYING DOWN | |
| 5:05:17AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 5:05:18AM | SLEEPING/LAYING DOWN | |
| 5:20:21AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 5:20:23AM | SLEEPING/LAYING DOWN | |
| 5:35:13AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 5:35:15AM | SLEEPING/LAYING DOWN | |
| 5:48:46AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 5:48:48AM | SLEEPING/LAYING DOWN | |

---

Tour Number:          8,224
Start    5/2/2012 10:07:38PM      Stop:     5/3/2012 5:54:40AM
Ken                   Futrelle
Location Count:     1      Event Count:      1

**5/3/2012**

| 4:23:19AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 4:23:20AM | SLEEPING/LAYING DOWN | |

---

Tour Number:          8,266
Start    5/3/2012 2:55:32AM      Stop:     5/3/2012 1:57:25PM
Shane                 Parker
Location Count:     27      Event Count:     26

**5/3/2012**

| 6:03:35AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 6:03:37AM | SLEEPING/LAYING DOWN | |
| 6:19:09AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 6:19:11AM | SLEEPING/LAYING DOWN | |
| 6:34:00AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 6:34:04AM | SLEEPING/LAYING DOWN | |
| 6:48:56AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 6:48:59AM | SLEEPING/LAYING DOWN | |
| 7:04:02AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 7:04:04AM | SLEEPING/LAYING DOWN | |
| 7:18:56AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 7:18:58AM | SLEEPING/LAYING DOWN | |
| 7:34:15AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 7:34:17AM | SLEEPING/LAYING DOWN | |
| 7:48:56AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 7:48:58AM | SLEEPING/LAYING DOWN | |
| 8:19:08AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 8:19:10AM | SLEEPING/LAYING DOWN | |
| 8:34:11AM | Grey 13 | | claims to be suicidal/15 min checks |



4/11/20

**5/3/2012**

| | | |
|---|---|---|
| 8:34:12AM | SLEEPING/LAYING DOWN | |
| 8:49:03AM Grey 13 | | claims to be suicidal/15 min checks |
| 8:49:05AM | SLEEPING/LAYING DOWN | |
| 9:15:47AM Grey 13 | | claims to be suicidal/15 min checks |
| 9:18:05AM Grey 13 | | claims to be suicidal/15 min checks |
| 9:18:10AM | SITTING | |
| 9:33:12AM Grey 13 | | claims to be suicidal/15 min checks |
| 9:33:14AM | SLEEPING/LAYING DOWN | |
| 9:47:33AM Grey 13 | | claims to be suicidal/15 min checks |
| 9:47:35AM | SLEEPING/LAYING DOWN | |
| 10:02:43AM Grey 13 | | claims to be suicidal/15 min checks |
| 10:02:45AM | SLEEPING/LAYING DOWN | |
| 10:32:47AM Grey 13 | | claims to be suicidal/15 min checks |
| 10:32:49AM | SLEEPING/LAYING DOWN | |
| 11:02:27AM Grey 13 | | claims to be suicidal/15 min checks |
| 11:02:31AM | SLEEPING/LAYING DOWN | |
| 11:17:01AM Grey 13 | | claims to be suicidal/15 min checks |
| 11:17:02AM | SLEEPING/LAYING DOWN | |
| 11:31:56AM Grey 13 | | claims to be suicidal/15 min checks |
| 11:31:58AM | SLEEPING/LAYING DOWN | |
| 11:47:46AM Grey 13 | | claims to be suicidal/15 min checks |
| 11:47:51AM | SLEEPING/LAYING DOWN | |
| 12:02:36PM Grey 13 | | claims to be suicidal/15 min checks |
| 12:02:38PM | MEAL SERVICE/EATING | |
| 12:18:43PM Grey 13 | | claims to be suicidal/15 min checks |
| 12:18:45PM | SLEEPING/LAYING DOWN | |
| 12:32:46PM Grey 13 | | claims to be suicidal/15 min checks |
| 12:32:48PM | SLEEPING/LAYING DOWN | |
| 12:47:31PM Grey 13 | | claims to be suicidal/15 min checks |
| 12:47:33PM | SLEEPING/LAYING DOWN | |
| 1:33:00PM Grey 13 | | claims to be suicidal/15 min checks |
| 1:33:02PM | SLEEPING/LAYING DOWN | |
| 1:47:39PM Grey 13 | | claims to be suicidal/15 min checks |
| 1:47:41PM | SLEEPING/LAYING DOWN | |

Tour Number: 8,250
Start   5/3/2012 5:56:22AM     Stop:   5/3/2012 1:55:28PM
Polly          Storie              U106
Location Count:   3     Event Count:   0

**5/3/2012**

| | | |
|---|---|---|
| 6:29:18AM | Grey 13 | claims to be suicidal/15 min checks |
| 8:00:12AM | Grey 13 | claims to be suicidal/15 min checks |
| 9:12:23AM | Grey 13 | claims to be suicidal/15 min checks |

5

4/11/20

| Tour Number: | 8,225 | | | |
|---|---|---|---|---|
| Start   5/3/2012  9:02:47AM | | Stop: | 5/3/2012  1:52:45PM | |
| Randy          D   Parker | | U21 | | |
| Location Count:       1 | | Event Count:       1 | | |

**5/3/2012**

| 9:03:00AM | Grey 13 | claims to be suicidal/15 min checks |
|---|---|---|
| 9:03:04AM | SLEEPING/LAYING DOWN | |

| Tour Number: | 8,293 | | | |
|---|---|---|---|---|
| Start   5/3/2012  10:02:07AM | | Stop: | 5/4/2012  1:48:00AM | |
| Brian          Schrader | | U25 | | |
| Location Count:       6 | | Event Count:       6 | | |

**5/3/2012**

| 10:17:53AM | Grey 13 | claims to be suicidal/15 min checks |
|---|---|---|
| 10:17:56AM | SLEEPING/LAYING DOWN | |
| 10:46:42AM | Grey 13 | claims to be suicidal/15 min checks |
| 10:46:44AM | SLEEPING/LAYING DOWN | |
| 1:02:37PM | Grey 13 | claims to be suicidal/15 min checks |
| 1:02:52PM | REC/MULTIUSE | |
| 4:25:53PM | Grey 13 | claims to be suicidal/15 min checks |
| 4:26:20PM | SITTING | |
| 5:11:51PM | Grey 13 | claims to be suicidal/15 min checks |
| 5:11:56PM | COURT | |
| 9:30:04PM | Grey 13 | claims to be suicidal/15 min checks |
| 9:30:08PM | SLEEPING/LAYING DOWN | |

| Tour Number: | 8,328 | | | |
|---|---|---|---|---|
| Start   5/3/2012  10:03:24AM | | Stop: | 5/3/2012  9:58:16PM | |
| Christian          Andersen | | U140 | | |
| Location Count:       1 | | Event Count:       1 | | |

**5/3/2012**

| 1:17:10PM | Grey 13 | claims to be suicidal/15 min checks |
|---|---|---|
| 1:17:13PM | SLEEPING/LAYING DOWN | |

| Tour Number: | 8,226 | | | |
|---|---|---|---|---|
| Start   5/3/2012  1:52:49PM | | Stop: | 5/3/2012  9:57:29PM | |
| Michael          Warner | | | | |
| Location Count:       27 | | Event Count:       26 | | |

**5/3/2012**

| 2:02:09PM | Grey 13 | claims to be suicidal/15 min checks |
|---|---|---|
| 2:02:11PM | SLEEPING/LAYING DOWN | |
| 2:24:37PM | Grey 13 | claims to be suicidal/15 min checks |
| 2:24:39PM | SLEEPING/LAYING DOWN | |
| 2:40:34PM | Grey 13 | claims to be suicidal/15 min checks |
| 2:40:37PM | STANDING | |

6



4/11/20

**5/3/2012**

| | |
|---|---|
| 2:44:27PM    Grey 13 | claims to be suicidal/15 min checks |
|    2:44:30PM    STANDING | |
| 2:59:30PM    Grey 13 | claims to be suicidal/15 min checks |
|    2:59:31PM    SLEEPING/LAYING DOWN | |
| 3:27:53PM    Grey 13 | claims to be suicidal/15 min checks |
|    3:27:55PM    SLEEPING/LAYING DOWN | |
| 3:33:00PM    Grey 13 | claims to be suicidal/15 min checks |
| 3:43:07PM    Grey 13 | claims to be suicidal/15 min checks |
|    3:43:30PM    SLEEPING/LAYING DOWN | |
| 3:58:06PM    Grey 13 | claims to be suicidal/15 min checks |
|    3:58:08PM    SLEEPING/LAYING DOWN | |
| 4:09:47PM    Grey 13 | claims to be suicidal/15 min checks |
|    4:10:03PM    MEDICATION/MEDICAL | |
| 4:40:01PM    Grey 13 | claims to be suicidal/15 min checks |
|    4:40:03PM    SLEEPING/LAYING DOWN | |
| 4:54:45PM    Grey 13 | claims to be suicidal/15 min checks |
|    4:54:49PM    MEAL SERVICE/EATING | |
| 5:40:26PM    Grey 13 | claims to be suicidal/15 min checks |
|    5:40:27PM    SLEEPING/LAYING DOWN | |
| 5:55:11PM    Grey 13 | claims to be suicidal/15 min checks |
|    5:55:12PM    SLEEPING/LAYING DOWN | |
| 6:10:49PM    Grey 13 | claims to be suicidal/15 min checks |
|    6:10:50PM    SLEEPING/LAYING DOWN | |
| 6:40:15PM    Grey 13 | claims to be suicidal/15 min checks |
|    6:40:16PM    SLEEPING/LAYING DOWN | |
| 6:56:19PM    Grey 13 | claims to be suicidal/15 min checks |
|    6:56:21PM    SLEEPING/LAYING DOWN | |
| 7:11:57PM    Grey 13 | claims to be suicidal/15 min checks |
|    7:11:58PM    SLEEPING/LAYING DOWN | |
| 7:30:47PM    Grey 13 | claims to be suicidal/15 min checks |
|    7:30:51PM    SLEEPING/LAYING DOWN | |
| 8:04:32PM    Grey 13 | claims to be suicidal/15 min checks |
|    8:04:33PM    SLEEPING/LAYING DOWN | |
| 8:20:09PM    Grey 13 | claims to be suicidal/15 min checks |
|    8:20:10PM    SLEEPING/LAYING DOWN | |
| 8:30:21PM    Grey 13 | claims to be suicidal/15 min checks |
|    8:30:22PM    SLEEPING/LAYING DOWN | |
| 8:45:22PM    Grey 13 | claims to be suicidal/15 min checks |
|    8:45:23PM    SLEEPING/LAYING DOWN | |
| 9:00:34PM    Grey 13 | claims to be suicidal/15 min checks |
|    9:00:35PM    SLEEPING/LAYING DOWN | |
| 9:13:42PM    Grey 13 | claims to be suicidal/15 min checks |
|    9:13:43PM    SLEEPING/LAYING DOWN | |
| 9:40:33PM    Grey 13 | claims to be suicidal/15 min checks |
|    9:40:35PM    SLEEPING/LAYING DOWN | |



4/11/20

**5/3/2012**
9:56:34PM    Grey 13                                 claims to be suicidal/15 min checks
        9:56:36PM      SLEEPING/LAYING DOWN

---

Tour Number:         8,234
Start    5/3/2012 2:16:41PM    Stop:    5/3/2012 2:21:06PM
Randy        D    Parker            U21
Location Count:    1        Event Count:    1

**5/3/2012**
2:16:59PM    Grey 13                                 claims to be suicidal/15 min checks
        2:17:07PM      IMPROPER EVENT ENTRY            14<invalid key>

---

Tour Number:         8,284
Start    5/3/2012 2:39:04PM    Stop:    5/4/2012 12:30:01AM
Juanita            Oneill            U23
Location Count:    3        Event Count:    3

**5/3/2012**
5:26:20PM    Grey 13                                 claims to be suicidal/15 min checks
        5:26:23PM      SLEEPING/LAYING DOWN
10:42:32PM    Grey 13                                 claims to be suicidal/15 min checks
        10:42:36PM      SLEEPING/LAYING DOWN
**5/4/2012**
12:10:47AM    Grey 13                                 claims to be suicidal/15 min checks
        12:10:49AM      SLEEPING/LAYING DOWN

---

Tour Number:         8,329
Start    5/3/2012 10:00:51PM    Stop:    5/4/2012 5:58:06AM
Ken            Futrelle
Location Count:    12        Event Count:    12

**5/3/2012**
10:26:58PM    Grey 13                                 claims to be suicidal/15 min checks
        10:27:01PM      SLEEPING/LAYING DOWN
11:12:10PM    Grey 13                                 claims to be suicidal/15 min checks
        11:12:14PM      SLEEPING/LAYING DOWN
11:40:10PM    Grey 13                                 claims to be suicidal/15 min checks
        11:40:11PM      SLEEPING/LAYING DOWN
**5/4/2012**
12:40:29AM    Grey 13                                 claims to be suicidal/15 min checks
        12:40:31AM      SLEEPING/LAYING DOWN
1:10:30AM    Grey 13                                 claims to be suicidal/15 min checks
        1:10:32AM      SLEEPING/LAYING DOWN
1:40:36AM    Grey 13                                 claims to be suicidal/15 min checks
        1:40:38AM      SLEEPING/LAYING DOWN
2:10:39AM    Grey 13                                 claims to be suicidal/15 min checks
        2:10:40AM      SLEEPING/LAYING DOWN
2:39:01AM    Grey 13                                 claims to be suicidal/15 min checks

8



4/11/20

**5/4/2012**
2:39:03AM      SLEEPING/LAYING DOWN
3:09:36AM    Grey 13                              claims to be suicidal/15 min checks
3:09:38AM      SLEEPING/LAYING DOWN
3:39:12AM    Grey 13                              claims to be suicidal/15 min checks
3:39:14AM      SLEEPING/LAYING DOWN
4:09:19AM    Grey 13                              claims to be suicidal/15 min checks
4:09:21AM      SLEEPING/LAYING DOWN
4:39:22AM    Grey 13                              claims to be suicidal/15 min checks
4:39:24AM      SLEEPING/LAYING DOWN

| Tour Number: | | 8,392 | | | |
|---|---|---|---|---|---|
| Start | 5/3/2012 10:14:56PM | | Stop: | 5/4/2012 5:57:38AM | |
| Nancy | | Callahan | | | |
| Location Count: | 1 | | Event Count: | 1 | |

**5/4/2012**
5:10:17AM    Grey 13                              claims to be suicidal/15 min checks
5:10:23AM      SLEEPING/LAYING DOWN

| Tour Number: | | 8,285 | | | |
|---|---|---|---|---|---|
| Start | 5/4/2012 5:39:30AM | | Stop: | 5/4/2012 5:40:33AM | |
| Randy | D | Parker | | U21 | |
| Location Count: | 1 | | Event Count: | 1 | |

**5/4/2012**
5:39:36AM    Grey 13                              claims to be suicidal/15 min checks
5:39:42AM      SLEEPING/LAYING DOWN

| Tour Number: | | 8,330 | | | |
|---|---|---|---|---|---|
| Start | 5/4/2012 6:01:08AM | | Stop: | 5/4/2012 5:57:15PM | |
| Nicole | | Holmstrom | | | |
| Location Count: | 25 | | Event Count: | 23 | |

**5/4/2012**
6:09:00AM    Grey 13                              claims to be suicidal/15 min checks
6:09:03AM      SLEEPING/LAYING DOWN
6:24:05AM    Grey 13                              claims to be suicidal/15 min checks
6:24:16AM      SLEEPING/LAYING DOWN
6:38:04AM    Grey 13                              claims to be suicidal/15 min checks
6:38:07AM      SLEEPING/LAYING DOWN
7:08:40AM    Grey 13                              claims to be suicidal/15 min checks
7:08:42AM      SLEEPING/LAYING DOWN
7:23:40AM    Grey 13                              claims to be suicidal/15 min checks
7:23:42AM      SLEEPING/LAYING DOWN
7:38:47AM    Grey 13                              claims to be suicidal/15 min checks
7:38:49AM      SLEEPING/LAYING DOWN
7:52:16AM    Grey 13                              claims to be suicidal/15 min checks
7:52:18AM      SLEEPING/LAYING DOWN



4/11/20

**5/4/2012**

| | | | |
|---|---|---|---|
| 8:06:41AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 8:06:46AM | SLEEPING/LAYING DOWN | |
| 8:21:35AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 8:21:37AM | SLEEPING/LAYING DOWN | |
| 8:36:42AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 8:36:57AM | STANDING | |
| 8:51:47AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 8:51:48AM | SITTING | |
| 9:23:57AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 9:24:03AM | SHOWER | |
| 11:06:43AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 11:06:45AM | STANDING | |
| 11:19:44AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 11:19:49AM | SLEEPING/LAYING DOWN | |
| 11:34:50AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 11:34:52AM | SITTING | |
| 11:50:27AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 11:50:40AM | SLEEPING/LAYING DOWN | |
| 12:05:40PM | Grey 13 | | claims to be suicidal/15 min checks |
| | 12:05:42PM | STANDING | |
| 12:17:40PM | Grey 13 | | claims to be suicidal/15 min checks |
| | 12:17:44PM | SITTING | |
| 12:32:22PM | Grey 13 | | claims to be suicidal/15 min checks |
| | 12:32:24PM | SLEEPING/LAYING DOWN | |
| 12:45:14PM | Grey 13 | | claims to be suicidal/15 min checks |
| | 12:45:26PM | SITTING | |
| 1:00:05PM | Grey 13 | | claims to be suicidal/15 min checks |
| | 1:00:12PM | SLEEPING/LAYING DOWN | |
| 1:14:23PM | Grey 13 | | claims to be suicidal/15 min checks |
| | 1:14:34PM | SITTING | |
| 1:18:11PM | Grey 13 | | claims to be suicidal/15 min checks |
| 1:43:59PM | Grey 13 | | claims to be suicidal/15 min checks |
| | 1:44:03PM | COURT | |
| 2:22:06PM | Grey 13 | | claims to be suicidal/15 min checks |

Tour Number:        8,393
Start    5/4/2012  6:02:51AM        Stop:    5/4/2012  2:02:26PM
Frank             Liekhus
Location Count:       1        Event Count:      1

**5/4/2012**

| | | | |
|---|---|---|---|
| 10:24:36AM | Grey 13 | | claims to be suicidal/15 min checks |
| | 10:24:51AM | PHONE OUT | |

10



4/11/20

---

Tour Number:          8,433
Start    5/4/2012  6:03:40AM      Stop:    5/4/2012  2:17:44PM
Patrick          Beisler
Location Count:        1      Event Count:      1

**5/4/2012**
9:54:44AM      Grey 13                          claims to be suicidal/15 min checks
     9:54:52AM      PHONE IN

---

Tour Number:          8,294
Start    5/4/2012  6:52:30AM      Stop:    5/4/2012  6:53:49AM
Randy          D    Parker                 U21
Location Count:        1      Event Count:      1

**5/4/2012**
6:52:54AM      Grey 13                          claims to be suicidal/15 min checks
     6:52:56AM      SLEEPING/LAYING DOWN

---

Tour Number:          8,295
Start    5/4/2012  10:08:23AM     Stop:    5/4/2012  10:09:35AM
Randy          D    Parker                 U21
Location Count:        1      Event Count:      1

**5/4/2012**
10:08:29AM      Grey 13                         claims to be suicidal/15 min checks
     10:08:43AM      STANDING

---

Tour Number:          8,296
Start    5/4/2012  10:52:56AM     Stop:    5/4/2012  11:01:20AM
Randy          D    Parker                 U21
Location Count:        1      Event Count:      1

**5/4/2012**
10:53:17AM      Grey 13                         claims to be suicidal/15 min checks
     10:53:24AM      STANDING

---

# SKAGIT COUNTY JAIL SEPARATION LOG

CRYO

Room# _____ Booking# _____ Inmate Name Spangler

Date Placed In Cell: 5/2/12    Time: 2220    By Deputy: Freeburn / Sgt. Schrader

Reason for Admission and type of infraction (if any): Dissiplinary Sanction

Special Needs: _____

| DATE 2012 | TIME | REMARKS | Deputy | DATE | TIME | REMARKS | Deputy |
|---|---|---|---|---|---|---|---|
| 5/2 ~~3315~~ | 2215 | Moved to Cry 13 | 97 | | | | |
| 5/3 | 0915 | To bathroom/ checked room | B | | | | |
| 5/3 | 09: | given H2O | B | | | | |
| 5/4 | 0925 | To Shower | B | | | | |
| 5/4 | 0940 | Back Phone in | B | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Sgt/Lead Off. | Date | Time | Shift end or start | Remarks |
|---|---|---|---|---|
| | | | | |
| | | | | |

Exhibit 24

Rev. 9/16/2010 Directive 08-019-B-U5



## Skagit County Jail Multi-Purpose Request Form

☒ **Inmate Request**
  Interno Peticion

☐ **Grievance**
  Agravio

☐ **Mental Health Request**
  Mental Salud Peticion

Name (Nombre) _Bryce L Springer_ © Date (Fecha) _4/27/12_ Pod/Room (Sitio) _Cr8_

Name number: _220164_ s
Please Print Clearly - Por Favor Escriba Claro

**State your Request – BE SPECIFIC:**
Declare su Demanda – Ser Especifico

I would LIKE TO KNOW THE Policy ON RECIEVING OUTSIDE BOOKS 3 PUBLICATIONS IF I CAN ORDER FROM Approved VENDORS

_Bryce L Springer_ ©

**Approved** (Aprobado)     **Denied** (Negado)

**Reason** (Razon)

AT THIS TIME ALL BOOKS WOULD BE PLACED ON YOUR PROPERTY DUE TO YOUR DISCIPLINARY STATUS.

ALL BOOK THAT YOU ORDER ARE SUBJECT TO REVIEW, OF CONTENT. NO STAPLES, NOT HARD BOUND. ALL BOOKS THAT ARE NOT APPROVED WILL BE PLACED IN YOUR PROPERTY WITH A NOTE TO YOU STATING REASON WE DID NOT APPROVE THE BOOK.

Exhibit 25

March 24, 2012

I/M Spangler,

Due to recent incidents involving several weapons that were hidden within the belongings in your cell and your past noncompliance with jail rules, It has been determined that you present a risk to the staff, other inmates, security, and County property. As a result of your actions we have created a schedule, rules and expected behavior, allowing you access to your pro se material. Your responsibility is to comply with the regulations of the institution and directives of staff members. Some regulations may seem restrictive to you, however, they are necessary to maintain a secure and humane environment.

Your privileges will not be lost unless your behavior causes them to be. It is our belief that positive and responsible behavior should bring more free time and privileges. Irrational and negative behavior shall be dealt with by loss of privilege and free time.

### Pro Se material access schedule
You will be granted access to your boxes of pro se material and resource material that have been supplied by the County Law Library during the following times:

Monday through Sunday from 1800 to 2145 (on space available bases)

### Rules we expect to be followed
1. You will be place in waist and leg restrains and transported to an interview room in the booking area (on space available bases).
2. Restrains will remain; can be adjusted to allow adequate movement.
3. You will be given your boxes of pro se material and resources (Your boxes of pro se materials will be subject to search. Jail staff will not review your pro se materials other than to confirm that no item has been converted to a weapon).
4. You will be strip searched prior to your returned to C-pod.
5. Until further notice you will have NO BOOKS in your room (1 bible is allowed) and if discovered will be removed immediately.
6. You will only be allowed to have a pencil (at this time no pen's or highlighters, due to the security risk to the jail and staff).
7. You will be allowed to take notes and other paper back to your room in C-pod (these items will be searched).

### Expected Behavior
It is our expectation that you will comply with our behavioral guidelines while you are in our facility, in general, our expectations are that you will:

1. Follow staff directives and requests.
2. Respect the property of the Skagit County jail and the property of others.
3. Maintain your sleeping area and surrounding common area in a clean, orderly and sanitary fashion.
4. Maintain daily personal hygiene habits.
5. Behave in a rational and adult manner.

Unacceptable behavior will result in being charged with a violation of in-house rules, and will fall into a MAJOR or MINOR violation category.

Sgt. Deanna Randall
Skagit County Jail

Exhibit 26

To: Bryce Spangler

Date: April 19, 2012

RE: Disciplinary action re: Possession of materials and property in your cell


Mr. Spangler,

Recently jail staff has confiscated several weapons, including sharpened instruments that were hidden within the belongings in your cell. Jail staff has also documented your threats to destroy law library resources provided by the County Law Library if jail personnel refuse to accede to your demands for commissary, female companionship from other pods within the jail, coffee, etc. and to use County Law Library books to block the opening mechanism of your cell door.  Due to these incidents and your past noncompliance with jail rules, I have determined that you present an increased security risk to jail staff and property and that certain steps need to be taken immediately to reduce those risks.

Because (1) we have inadequate staff resources to search the material in your cell on a constant basis, (2) the presence of concealed weapons presents a great risk of harm to staff and other inmates, (3) you have used Law Library books to block the opening mechanism of your cell door, and (4) because of your documented threats to destroy county property, including limited and expensive law library resources that have been provided for your use, I am restricting your ability to possess pro se materials and Library resources in your cell.

During scheduled times that you are allowed out of your cell you will have access to your pro se materials and resource materials that have been supplied by the County Law Library. Your boxes of pro se materials will be subject to random search for the presence of weapons and contraband. Such searches will take place in your presence. During such searches, jail staff will not review your pro se materials other than to confirm that no item has been converted to a weapon and that no contraband is hidden within the boxes provided to contain your pro se materials.

If your behavior should improve and when staff determines that you no longer pose a risk to staff, other inmates, security, or County property, the privilege of having Law Library resources in your cell shall be returned to you.

You have the right to grieve this decision under applicable jail policy.

Ron Coakley

Correctional Sergeant

Skagit County Jail


Exhibit 27

## GRIEVANCE DECISION

**TO: I/M Spangler, Bryce**

**LOCATION: G13 of the Skagit County Jail**

**FROM: Sgt. Randall, Grievance Coordinator**

**DATE: 5/3/12**

**Decision**:
Mr. Spangler,

Due to recent incidents involving several weapons that were hidden within the belongings in your cell and your past noncompliance with jail rules, it was determined that you present a risk to the staff, other inmates, security, and county property. As a result of your actions access to your pro se material and resources were changed. You are not being denied access the access has been modified to maintain safety and security of this facility. Your responsibility is to comply with the regulations of the institution and directives of staff members. Some regulations may seem restrictive to you, however, they are necessary to maintain a secure and humane environment.

**Sgt. Randall**

Note: If you disagree with the designated grievance Sergeant's decision you may appeal to the Chief of Corrections. Appeal is made by sending an Inmate Request Form or a letter explaining your disagreement with the designated grievance Sergeant's decision directly to the Chief of Corrections. Inmates have five days to submit an appeal after receipt of the designated grievance Sergeant's decision. Decisions made by the Chief of Corrections are final and not subject to further appeal within the Sheriff's Office.

Exhibit 28

# Skagit County Jail Multi-Purpose Request Form

☐ **Inmate Request**
Interno Peticion

☒ **Grievance**
Agravio

☐ **Mental Health Request**
Mental Salud Peticion

Name (Nombre) _Bruce L Spangler_  Date (Fecha) _4/30/12_  Pod/Room (Sitio) _Cn8_

Name number: _220164_ s

**Please Print Clearly - Por Favor Escriba Claro**

**State your Request – BE SPECIFIC:**
Declare su Demanda – Ser Especifico

I have Requested on numerous occasions Blood Testing because of the contact I came into w/ The Aids Virus; my untreated Hepatitis C; & still nothing has ben done.

These are Serious Diseases; & I obviously need medical att. i have for mos.

**Approved** (Aprobado)      **Denied** (Negado)

**Reason** (Razon)

as time permits
5/2/12

Exhibit 29