THE UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRYCE L. SPANGLER,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLIE WEND, et al.,<br><br>Defendants. | NO. C12-1196-RAJ-JPD<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

This matter came before the Court on the defendant's motion under FRCP 56 for an order granting summary judgment dismissing plaintiff Bryce Spangler's complaint. The Court having considered the records and files herein, including the following:

(1) Declaration of Charles Wend.

(2) Declaration of Juanita O'Neill.

(3) Declaration of Brian Schrader.

(4) Declaration of Todd Hines.

(5) Declaration of Ron Coakley, with exhibits.

[Proposed] Order: C12-1196-RAJ-JPD         1

PROSECUTING ATTORNEY
OF SKAGIT COUNTY
605 South Third Street
Mt. Vernon, Washington 98273
360-336-9460

(6) Declaration of Judy Kiesser, with exhibits.

(7) Document 20-1 filed 9/5/12.

These records and files show that there is no genuine issue as to any material fact regarding the claims stated against defendant and defendant is entitled to a summary judgment of dismissal of all claims against them as a matter of law. Now, therefore,

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment be and the same is hereby GRANTED, and that all claims stated against the defendants in plaintiff's Amended Complaint on file herein be and the same are hereby DISMISSED with prejudice.

DONE IN OPEN COURT this _____ day of _____, 2013.

_____
Judge

Presented by:

SKAGIT COUNTY PROSECUTING ATTORNEY

/s/ A. O. Denny
_____
A. O. Denny, WSBA 14021
Attorney for Charles Wend
605 S. 3rd St.
Mount Vernon, WA 98273
(360) 336-9460 Fax: (360) 336-9497
E-mail: arned@co.skagit.wa.us