1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

BRYCE L. SPANGLER,                              )
                                                )
9                         Plaintiff,            )     Case No. C12-1196-RAJ
                                                )
10            v.                                )
                                                )     ORDER GRANTING SUMMARY
11   CHARLIE WEND, *et al.*,                    )     JUDGMENT IN FAVOR OF
                                                )     DEFENDANTS
12                        Defendants.           )
     _____        )

13

14      The Court, having reviewed plaintiff's amended civil-rights complaint (Dkt. 43),

15   defendants' motion for summary judgment (Dkt. 45), the Report and Recommendation of United

16   States Magistrate Judge James P. Donohue, the governing law, and the balance of the record, does

17   hereby find and **ORDER**:

18      (1)    The Report and Recommendation is **ADOPTED**;

19      (2)    Defendants' motion for summary judgment (Dkt. 45) is **GRANTED** because there

20             is no genuine issue of material fact and defendants are entitled to judgment as a

21             matter of law; and

22   //

23   //

        (3)    The Clerk of Court is directed to send copies of this Order to plaintiff and to

ORDER GRANTING SUMMARY JUDGMENT
IN FAVOR OF DEFENDANTS - 1

1        Magistrate Judge James P. Donohue.

2     DATED  this 25th day of November, 2013.

3

4                                    *Richard A. Jones*

5                               The Honorable Richard A. Jones

6                               United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING SUMMARY JUDGMENT
IN FAVOR OF DEFENDANTS - 2